UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH COLEMAN,<br>    *Plaintiff*,<br><br>      v.<br><br>HERB CHAMBERS BMW OF BOSTON a/k/a HERB CHAMBERS 1172, INC.; JOHN DOES I-X,<br>    *Defendant*. | Civil Action No. 3:23-cv-10050-MGM |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Herb Chambers BMW of Boston a/k/a Herb Chambers 1172, Inc. states that it has no parent corporation nor does any publicly held company own 10% or more of its stock.

                                      Respectfully Submitted,

                                      HERB CHAMBERS BMW OF BOSTON,

                                      By its attorneys,

Date February 21, 2023         /s/ *Jennifer Furey*_____
                                      Jennifer Furey, Esq. (BBO # 634174)
                                      Brenna Cass, Esq. (BBO # 709028)
                                      GOULSTON & STORRS PC
                                      400 Atlantic Avenue
                                      Boston, MA 02110
                                      Telephone: (617) 574-3575
                                      jfurey@goulstonstorrs.com
                                      bcass@goulstonstorrs.com

                                      *Attorneys for Defendant Herb Chambers*

## Certificate of Service

      I hereby certify that on February 21, 2023, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Adam Deutsch, Esq.

                                              _/s/ Jennifer B. Furey_____
                                              Jennifer B. Furey