UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | |
|---|---|
| ELIZABETH COLEMAN<br><br>Plaintiff,<br><br>vs.<br><br>HERB CHAMBERS BMW OF BOSTON a/k/a HERB CHAMBERS 1172, INC.; JOHN DOES I-X,<br><br>Defendant. | Civil Action No. 3:23-cv-10050<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER AND DISCOVERY DEADLINES** |

Plaintiff Elizabeth Coleman, together with Defendant Herb Chambers BMW of Boston a/k/a Herb Chambers 1172, Inc. **jointly move to amend the discovery schedule entered at ECF 18 as follows.**

1. Plaintiff's trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **November 28, 2023**.

2. Defendant's trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **December 29, 2023**.

3. Non-expert fact discovery shall be completed by **December 29, 2023**.

4. Depositions of Plaintiff's experts shall be completed by **January 29, 2024.**

5. Deposition of Defendant's experts shall be completed by **February 13, 2024.**

6. Dispositive motions, if any, shall be filed by **March 29, 2024**.  Oppositions shall be filed by **April 19, 2024**.  Replies, if any, shall be filed by **May 3, 2024**.

7. A hearing on any filed dispositive motions will be held on _____ at _____. If no dispositive motions are filed, this hearing will be converted to an initial pretrial

conference.

In support of this motion, the Parties state the following:

1. On March 30, 2023, this Court entered an initial scheduling order at ECF 18.

2. The parties have exchanged written discovery demands and production.

3. As of the date this motion is filed, the depositions of three fact witnesses have been taken and there remain two more fact depositions scheduled to occur in November.

4. Neither party has yet disclosed an expert witness.

5. Under the March 30, 2023 scheduling order, the deadline for non-expert fact discovery is October 31, 2023.  The parties seek a two month extension to this deadline in order to complete the final depositions and to address any remaining issues that arise as a result of the depositions.

6. The parties are committed to working together to move the case in an appropriately speedy form and request the modest extension of time to complete discovery and file dispositive motions.

7. This is the first extension of discovery sought in the case.

8. The parties further believe the extension of deadlines will not interfere with, or otherwise delay the orderly administration of justice in this case.

WHEREFORE, Plaintiffs and Defendants respectfully jointly request the Court grant this Motion to Extend Deadlines and Amend the Scheduling Order.

Dated: October 23, 2023

Respectfully submitted,

Plaintiff Elizabeth Coleman
By their Attorney

*/s/ Adam Deutsch*
Adam Deutsch, Esq. (BBO 569173)
Northeast Law Group, LLC
P.O. Box 60717
Longmeadow, MA 01116
t. 413-285-3646
adam@northeastlawgroup.com

Herb Chambers BMW of Boston
By their Attorneys:

*/s/ Jennifer Furey*
Jennifer Furey, Esq. (BBO #634174)
Goulston & Storrs, PC
400 Atlantic Ave
Boston, MA 02110
T: 617-574-3575
jfurey@goulstonstorrs.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing, if any.

                            */s/ Adam Deutsch*
                            Adam Deutsch, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | |
|---|---|
| ELIZABETH COLEMAN<br><br>Plaintiff,<br><br>vs.<br><br>HERB CHAMBERS BMW OF BOSTON a/k/a HERB CHAMBERS 1172, INC.; JOHN DOES I-X,<br><br>Defendant. | Civil Action No. 3:23-cv-10050<br><br>**DECLARATION OF ADAM DEUTSCH, ESQ. RE: LOCAL CIVIL RULE 7.1** |

I Adam Deutsch of full age, declare as follows:

1. I make this declaration in support the joint motion to amend the scheduling order.

2. In compliance with Local Rule of Civil Procedure 7.1(a)(2) the parties worked together to draft and agree upon the proposed scheduling order and motion language.

The within statements are made truthfully.  I understand that if any were made willfully false, I am subject to penalty under law.

Dated:  October 23, 2023                    By:     */s/ Adam Deutsch*

                                                                          Adam Deutsch, Esq.
                                                                          BBO 569173
                                                                          Northeast Law Group, LLC
                                                                          P.O. Box 60717
                                                                          Longmeadow, MA 01106
                                                                          (413) 285-3646
                                                                          (BBO-569173)