UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ELIZABETH COLEMAN

      Plaintiff,

vs.

HERB CHAMBERS BMW OF BOSTON
a/k/a HERB CHAMBERS 1172, INC.; JOHN
DOES I-X,

      Defendant.

**Civil Action No. 3:23-cv-10050**

**ORAL ARGUMENT REQUESTED**

## <u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 56, Defendant Herb Chambers BMW of Boston (the "<u>Dealership</u>" or "<u>Herb Chambers</u>"), hereby moves this Court to enter summary judgment in its favor on both counts of Plaintiff Elizabeth Coleman's ("<u>Coleman</u>") Complaint, which assert that Herb Chambers (1) violated the Fair Credit Reporting Act ("<u>FCRA</u>"), 15 U.S.C. §1681 et seq. (Count I), and (2) unlawfully invaded her privacy in violation of Mass. G.L. c. 214 §1B (Count II) by obtaining a copy of her credit report on August 17, 2022 ostensibly because she ended a short-lived text messaging relationship with a Dealership finance manager. Coleman's claims are wholly unfounded, unsupported by the record, and should not survive this motion.

For the reasons stated herein and as more fully set forth in the Defendant's Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Uncontested Facts, and the Affidavit of Brenna Cass and exhibits thereto, all of which are filed contemporaneously herewith and incorporated herein by reference, the Dealership respectfully requests that judgment enter in its favor on all counts of Coleman's Complaint.

September 6, 2024
Respectfully submitted,

DEFENDANT
By Its Attorneys,

*/s/ Brenna M. Cass*
Jennifer Furey, Esq. (BBO # 634174)
Jennifer Mikels, Esq. (BBO #682199)
Brenna Cass, Esq. (BBO # 709028)
Goulston & Storrs PC
One Post Office Square
Boston, MA 02109
Tel: (617) 574-0562
jfurey@goulstonstorrs.com
jmikels@goulstonstorrs
bcass@goulstonstorrs.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that the parties conferred in good faith to resolve or narrow the issues presented in the foregoing motion on August 28, 2024.  No issues were narrowed or resolved.

*/s/ Brenna M. Cass*
Brenna M. Cass

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

*/s/ Brenna M. Cass*
Brenna M. Cass