# EXHIBIT A

1               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2          CIVIL ACTION NO.:  3:23-cv-10050-MGM

3

4
    ELIZABETH COLEMAN,                )
5                                     )
                    Plaintiff,        )
6                                     )
    vs.                               )
7                                     )
                                      )
8   HERB CHAMBERS BMW OF BOSTON       )
    a/k/a HERB CHAMBERS 1172,         )
9   INC.; JOHN DOES I-X,              )
                                      )
10                  Defendants.       )

11

12          DEPOSITION OF ELIZABETH COLEMAN

13                APPEARING REMOTELY

14                   VIA ZOOM

15            Friday, November 17, 2023

16            10:36 a.m. to 5:57 p.m.

17

18

19

20  Reported by:

21  Dawn Mack-Boaden

22  Registered Professional Reporter; CSR# 153120

23  APPEARING REMOTELY FROM NORFOLK COUNTY, MA

24



 1   credit report, I mean they obtained a copy of your

 2   consumer credit report through a credit reporting

 3   agency.  Do you understand that?

 4        A.   Yes.

 5        Q.   Okay.  So I'm going to talk to you a little

 6   later today about the circumstances surrounding that

 7   pulling of your credit in August of 2022.

 8             But for now, I want to start by discussing

 9   your relationship with the dealership more

10   generally.

11             When was the first time that you had any

12   contact with Herb Chambers BMW?

13        A.   In 2018.

14        Q.   And under what circumstances did you have

15   contact with Herb Chambers BMW in 2018?

16        A.   I purchased a certified 2015 BMW 528i from

17   them in 2015.

18        Q.   When you say certified, you mean a

19   certificate preowned vehicle; correct?

20        A.   Certified BMW vehicle, yes.

21        Q.   And why did you choose to come to Herb

22   Chambers BMW to buy the 528i?

23        A.   When I spoke to Pioneer Valley Credit Union

24   where I obtained my financing, she suggested going



1  to larger cities; that buying local, car prices were

2  higher, and you would get vehicles that had lower

3  mileage if you went into a larger city.

4      Q.   Okay.  So you specifically came to Boston

5  to look for a certified preowned vehicle to look

6  for, basically, a better buy on a car; is that

7  right?

8      A.   A car -- a better buy on a car with lower

9  miles.  I had a Mini Cooper, and there -- I

10  originally went out because the BMW was tied to

11  Mini.

12      Q.   Okay.  And it was a 2015 car that you

13  bought in 2018; is that right?

14      A.   Correct.

15      Q.   And how did you pay for that car?

16      A.   I went through my credit union.

17      Q.   Which credit union was that?

18      A.   Pioneer Valley Federal Credit Union.

19      Q.   In connection with buying the 528i, did you

20  submit an application for financing through BMW?

21      A.   No.

22      Q.   And when you financed through Pioneer

23  Valley Credit Union, was your credit pulled by

24  Pioneer Valley in connection with financing the



1  time; right?

2      A.   It impacted me where, yes, it kept me

3  delayed.  Something was happening behind the scenes

4  with their employee.  So they put me -- they put me

5  in to finances office while they dealt with it.

6      Q.   Okay.  And then they ultimately drove your

7  528i out to you because you had drove home in a

8  loaner vehicle?

9      A.   Correct.

10      Q.   And other than the issue with registering

11  the car, were you generally satisfied with the

12  service you received?

13      A.   Yes.

14      Q.   At some point you decided to explore the

15  possibility of acquiring another car from Herb

16  Chambers BMW; right?

17      A.   Yes.

18      Q.   When was that?

19      A.   In April of '21 a postcard came in the mail

20  for a lease special for BMW, and as it was -- the

21  2015 was going on seven years old and approaching

22  50,000 miles.  With my daughter going to college, my

23  extended warranty and maintenance plan was running

24  out.



1        So I thought it would be wise to look at

2    trading in.  I had never leased before.  So I

3    thought I would reach out and see what a lease

4    looked like.

5        Q.   Okay.  And if I heard you correctly, you

6    said that that was in April of 2021.  I'm going to

7    represent to you --

8        A.   I'm sorry.  April 2022.  I apologize.  I

9    got my years mixed up.

10        Q.   No problem.  I was just going to see if I

11    could jog your memory on that.

12        So let's start again.  So you first thought

13    about deciding the possibility to get another

14    vehicle from Herb Chambers BMW in April of 2022?

15        A.   Correct.  April 2022.

16        Q.   And then the rest of what you said still

17    stands, which is you got the postcard, and your

18    prior testimony; correct?

19        A.   I got the postcard.  I initially went to

20    BMW in West Springfield with the postcard because

21    they were who had been servicing the 2015 since I

22    had it, for oil changes or regular maintenance.

23        They did not have any of the vehicles on

24    stock due to -- in stock due to chip shortages at



1  the time.  So that's when I decided to go back out

2  to Herb Chambers.

3      Q.   Okay.  And when you said you went to West

4  Springfield first, do you recall when you did that?

5      A.   It was prior to submitting the application

6  online with BMW.  So prior to April 30th.  It was

7  some time in April.  I wanted to go test drive a

8  vehicle if I was going to think about looking into

9  the lease, and they had one on the lot, but you

10  couldn't test drive it.

11      Q.   Okay.  So when you say prior to submitting

12  the application online, you're referring to the

13  application you submitted online to BMW Financial

14  and Herb Chambers BMW on April 30th of 2022; is that

15  correct?

16      A.   That is not correct.  I submitted my

17  application to BMW Financial.

18      Q.   Okay.  We'll look at the application

19  paperwork in just a moment.  But we are talking

20  about the online application submitted on April 30th

21  of 2022?  Is that -- are we talking about the same

22  time period?

23      A.   That is the only time I submitted an

24  application for credit through BMW.



1    Q.   Okay.  So you went to West Springfield

2    prior to April 30th.  They didn't have a car that

3    you wanted, so you decided to return to BMW in

4    Boston; right?

5    A.   I believe I called Hartford Country BMW as

6    well and was speaking -- because it's closer to home

7    for me -- and spoke with them of what they had

8    available under this lease promotion postcard that

9    came in the mail.

10   Q.   Did they have anything for you?

11   A.   That had a couple, but they said they could

12   go to other dealerships in their network; like, they

13   could take from a different dealer.  They could swap

14   cars.  There's some way for a dealership, he said,

15   to, like, swap vehicles.  So they could -- they were

16   sure that they could obtain a vehicle that fell into

17   that program.

18   Q.   Okay.  You ultimately didn't obtain a

19   vehicle through the Hartford dealership either;

20   correct?

21   A.   I did not.

22   Q.   So why did you decide to switch from the

23   Hartford dealership back to Herb Chambers BMW?

24   A.   I knew Herb Chambers was a larger



1  dealership.  West Springfield and Country are -- New

2  Country are smaller dealerships.  And because I

3  acquired the 2015 from Herb Chambers, that's just

4  what came to mind next.

5      Q.   How did you first get in contact with Herb

6  Chambers BMW in 2022 when you wanted to explore the

7  possibility of leasing a vehicle from them?

8      A.   I went to the BMW finance site, applied for

9  credit, and it allows you to mock up and it gives an

10  evaluation for your trade-in and puts together a

11  deal, and then you pick your dealership.  So I had

12  typed in Herb Chambers, and somebody called me.

13      Q.   Okay.  So you submitted all of that

14  paperwork online in April of 2022; is that right?

15      A.   Correct.

16      Q.   Okay.

17           MS. MIKELS:  Brenna, let's mark as

18       Exhibit 1 what we have internally as Tab 30

19       in our materials.

20

21       (Exhibit Number 1 was marked for

22       identification.)

23

24           MS. MIKELS:  And, Adam, you can have --



ELIZABETH COLEMAN                            November 17, 2023
COLEMAN V. HERB CHAMBERS                                   42

```
 1        A.   Correct.
 2        Q.   Okay.  And then looking at Subsection A of
 3   this, so above the Primary Personal Information, you
 4   see Finance and Vehicle Information and it's checked
 5   off that this is for a lease; right?
 6        A.   Correct.  This was initially a postcard
 7   that came out was a lease.
 8        Q.   Okay.  And you said that you do recall
 9   selecting online that you wanted to work with Herb
10   Chambers BMW; correct?
11        A.   It made you pick a dealership on the BMW
12   Financial site, and I --
13        Q.   Looking at --
14        A.   I selected Herb Chambers.
15        Q.   Sorry.  I didn't mean to interrupt you.
16             Looking at this very first line under
17   Subsection A, you see where it checks lease, then
18   there's a center number, and then it says, "Center
19   Name:  Herb Chambers BMW."
20             Right?
21        A.   Correct.
22        Q.   And you -- and you do recall selecting Herb
23   Chambers BMW through this online system?
24        A.   I remember selecting, but it was somebody
```



1   prompted me over the phone at Herb Chambers.  There

2   were some -- there was some technical difficulties

3   with it, and it kept putting up an error message.

4          So I called Herb Chambers and told them

5   that I had submitted the application.  I didn't want

6   to resubmit and have credit pulled again.

7          So they said -- they gave me, I believe, a

8   center number to put in because it didn't have the

9   right code.  So I remember there was a phone call

10  that day when I was applying for credit through BMW

11  Financial.  And someone at Herb Chambers gave me,

12  like, a dealer number to put in, and then the

13  application worked, and it gave me the breakdown.

14     Q.   And your memory is that that was done in a

15  phone call?

16     A.   Yes.  I believe -- I reached out to Herb

17  Chambers.

18     Q.   Do you recall who you spoke with?

19     A.   Sam Tutton.  Oh, no.  Mychael -- Mychael

20  Decon- -- I'm not going to remember his last name.

21  Mychael -- it was -- his last name began with a "D,"

22  and there's a Y in there.  Deconsetta, maybe.

23     Q.   Okay.

24     A.   And I went back and forth with -- with



```
 1                  MR. DEUTSCH:  Okay.

 2

 3          (Break from 11:50 a.m. to 12:03 p.m. was

 4          taken in the proceedings.)

 5

 6   BY MS. MIKELS:

 7       Q.   Ms. Coleman, prior to the break, you were

 8   telling us that you ordered a BMW X3 at the end of

 9   June.  Is that correct?

10       A.   Correct.

11       Q.   And how did you order that vehicle?

12       A.   I drove to the dealership on June 28th and

13   I sat with Badis Boussetta.

14       Q.   Did you have any --

15       A.   And --

16       Q.   I'm sorry.  Go ahead.

17       A.   And we went over the vehicles that were on

18   the lot, and we ended up putting together a factory

19   order.

20       Q.   So when you say a factory order, you mean

21   that you ordered a new BMW through BMW and you'd

22   have to wait for it to be produced prior to taking

23   it home; right?

24       A.   Yes.
```



1    Q.   So it was not in stock.  It was not one of

2  the dealerships in stock?

3    A.   Correct.

4    Q.   Did you have any concerns about your

5  interactions with the Badis while you were at the

6  dealership on June 28th of 2022?

7    A.   No.

8    Q.   Did you meet any other dealership employees

9  when you were in Boston on June 28th of 2022?

10   A.   I did.

11   Q.   Who did you meet?

12   A.   Michael Perry.

13   Q.   And what was his position at the

14  dealership, if you know?

15   A.   Sales manager.

16   Q.   Did you have any concerns about your

17  interactions with Mr. Perry while you were at the

18  dealership on June 28th of 2022?

19   A.   No.

20   Q.   And you ultimately placed your order for an

21  X3 that day; right?

22   A.   Yes, I did.

23   Q.   Did you discuss how you would finance the

24  vehicle that you ordered with Badis on June 28th of



ELIZABETH COLEMAN                              November 17, 2023
COLEMAN V. HERB CHAMBERS                                    67

1   2022?

2       A.   Yes.

3       Q.   What did you discuss with Badis?

4       A.   Prior to ordering the vehicle, Badis took

5   my license to go verify my pre-approval that I had

6   submitted from March 30th, that it was in the

7   system, and confirmed that it was.

8            And Mike Perry came over to say that the

9   vehicle could be ordered because he had -- my

10  financing there was approved.  And Badis and I were

11  also talking about if I did not want to lease the

12  vehicle, that I may purchase it because when we

13  built the vehicle, it added on features that were

14  not part of the postcard that came in the mail.

15           So Mike Perry brought a sheet over of what

16  the lease payments would look like, changing the

17  money down if I continued with the lease.

18      Q.   What do you mean when you say "changing the

19  money down"?

20      A.   The -- I believe the postcard for the

21  leased vehicle did a vehicle that was around

22  $47,000, and my order, I think, was around $53,000.

23  So it changed the payment from that promotional

24  payment they were offering on that postcard that I



 1  had.

 2      Q.   Understood.  Had you actually seen a copy

 3  of what you're calling the approval for financing --

 4      A.   No.

 5      Q.   -- prior to June 28, 2023?

 6      A.   I had --

 7      Q.   Sorry, 2022.

 8      A.   I had an e-mail from BMW Finance.

 9      Q.   Okay.

10           MS. MIKELS:  Brenna, let's put in as

11        Exhibit 3 what is Tab 1.

12           MS. CASS:  Give me one second.

13           MS. MIKELS:  No problem.

14

15        (Exhibit Number 3 was marked for

16        identification.)

17

18           MS. CASS:  It is in the chat.

19  BY MS. MIKELS:

20      Q.   Ms. Coleman, you mentioned that you

21  received an e-mail around April 30th of 2022 from

22  BMW Financial Services with your approval.  Do you

23  still have a copy of that e-mail?

24      A.   I might.



1        A.    I see that.

2        Q.    Do you recall receiving language to that

3    effect when you received your approval notification

4    from BMW Financial Services?

5        A.    No; but I was told something different at

6    the dealership on June 28th.

7        Q.    So when you say no, are you saying no, you

8    were never provided this language or no, you don't

9    recall whether you were provided this language?

10       A.    I don't recall seeing how long the approval

11   was good for or how long --

12       Q.    You -- I'm sorry.  Please complete your

13   answer.

14       A.    I -- I don't recall seeing how long the

15   approval was valid when I received the approval on

16   April 30th.

17       Q.    You said you were told something different

18   at the dealership on June 28th of 2022.  Who told

19   you something different?

20       A.    Mike Perry.

21       Q.    And what were you told at the dealership on

22   June 28, 2022?

23       A.    They told me when they took my driver's

24   license that when they looked it up, I asked if -- I



1   inquired if the approval was still good because it

2   had been almost two months, and this started with a

3   deal with Sam Tutton, who disappeared.  They

4   informed me he was no longer working there.

5        Mike Perry said once he put my license in

6   the system that I was physically there.  My approval

7   was good as long as I ordered the car that day.

8        Q.   So why were you concerned about the fact

9   that it had been almost two months since submitting

10  your application online?

11       A.   I wasn't concerned.  It had just been two

12  months since I started the process and sent out

13  e-mails of frustration that Sam Tutton had

14  disappeared and no one was getting back to me.  I

15  had been approved for a car and no one was returning

16  calls.

17       So I -- I took the day off to drive out

18  there and find out what was going on.  I had an

19  approval.  Why wasn't I able to do the deal?

20       Q.   Okay.  You testified a moment ago "I

21  inquired if the approval was still good because it

22  had been almost two months."

23       A.   Yes.

24       Q.   What is significant, if anything, to you



1  about the fact it had been almost two months?

2      A.   It wasn't that it was significant, but it

3  was two months.  It was -- it took a few months to

4  finally get there in person, and I didn't want

5  another hard pull, which is why I asked if

6  everything was okay, to which Mike Perry said, Yes,

7  I have you in the system.  You will not get another

8  credit pull.  You have to order.  If you order

9  today.

10     Q.   And he said that verbally to you at the

11 dealership on June 28th?

12     A.   He did.  And he repeated that during a text

13 conversation.

14     Q.   Was June 28th of 2022 the first time you

15 met Mike Perry?

16     A.   Yes.

17     Q.   Was there anything about your interactions

18 with Mr. Perry at the dealership that made you

19 uncomfortable?

20     A.   No.

21     Q.   Did you complain to anyone at the

22 dealership about Mr. Perry after your interactions

23 with him on June 28th of 2022?

24     A.   No.  He came -- he was -- came over, was



1    not express any animosity in any way?

2        A.   It doesn't.  But it's mostly -- he's more

3    talking about himself than he's talking about me.

4    So, no, there's no animosity.

5        Q.   He just said that you're a good person and

6    that he respects that?

7        A.   There's a lot of "I."  You know, I'm not a

8    bad guy.  I'm not -- you know, I'm not in a good

9    place.

10       Q.   He didn't want to treat you as a rebound;

11   right?

12       A.   Yeah.

13       Q.   You made a statement a moment ago that you

14   felt the credit pull was retaliatory.  What's the

15   basis of that statement?

16       A.   When I sent this last text message that's

17   the same -- that -- later that night, I believe

18   within an hour, I got the notification that my

19   credit was pulled through -- I think it was

20   CreditWise at the time.

21       Q.   Other than the timing of the credit pull,

22   what's the basis for your statement that the credit

23   pull was retaliatory in some way?

24       A.   He knew how important it was to me.  He



1    knew that I had financing through my bank.  He
2    stated that they couldn't touch that and that BMW
3    Financing was crazy high and, yet, my credit was
4    pulled after I sent this message.
5         Q.   We're going to take a break in a minute,
6    and when we do, after the break, we're going to come
7    back to your statement that Mr. Perry knew you were
8    financing through the bank.
9              I want to stick to the allegation that it
10   was retaliatory.  Mr. Perry isn't the one who pulled
11   your credit; correct?
12        A.   No.  Sam Desroches pulled my credit.  I
13   spoke with him that night.  He was given the file.
14   And he apologized.
15        Q.   You don't know whether Mike Perry was at
16   the dealership at the time your credit was pulled;
17   correct?
18        A.   Sam, on the phone, told me that Mike gave
19   him the file.
20        Q.   And you don't know whether Mike Perry --
21   you, personally, don't have knowledge of whether or
22   not Mike Perry was at the dealership when your
23   credit was pulled; correct?
24        A.   I don't have any idea where Mike Perry was



 1   when my credit was pulled.

 2        Q.   And you don't know what, if anything,

 3   Mr. Perry communicated to Sam Desroches; right?

 4        A.    I do not know of any of their

 5   communications --

 6        Q.   Okay.

 7        A.    -- other than what Sam told me.

 8        Q.   Okay.  Other than the facts you just

 9   testified to, is there any other basis for your

10   claim that the credit pull was retaliatory?

11              MR. DEUTSCH:  Objection; calls for a

12         legal conclusion.  You can answer.

13              THE WITNESS:  I just think that I

14         stressed so many times to him how important

15         it was for me to not have credit pulls with

16         college coming up and the HELOC thing I was

17         working on.

18              And if Mike says that I'm such a good

19         person and meant no malice or anything in

20         his final text, why was my file then not

21         prepared and showed the paperwork that I

22         gave him for Pioneer Valley Credit Union at

23         the beginning of August?  Why was it handed

24         off to Sam?  Why was it pulled the same date



1           I sent that text that it had to do with the
2           car and advised him, the next time he's
3           interested, to wait until the purchase is
4           over because I felt that it crossed lines?
5    BY MS. MIKELS:
6       Q.   So let me just unpack that for a minute.
7    You used the word retaliatory, right --
8       A.   Yes.
9       Q.   -- in your testimony?
10      A.   Yes.
11      Q.   So I want to focus on your meaning behind
12   that word and not any legal definition that might be
13   applicable here.
14           When you say the credit pull was
15   retaliatory, what did you think the dealership was
16   retaliating for?
17      A.   I think Mike Perry was -- I think, at the
18   end of the day, I never went out there on a date --
19   or the times that he asked me to go out or different
20   requests.  I think -- I can't speculate what Mike
21   was thinking.
22           It's just my own personal feelings that
23   with all of the conversations that we had, the
24   back-and-forth, the vulnerability from both of us in



 1   these texts, that he had known that from day one, my

 2   credit was going to be pulled.  I feel like when the

 3   conversation ended and the credit was pulled, it

 4   felt very personal to me.

 5       Q.   That's your own personal feeling; right?

 6       A.   That's how I felt since it happened and how

 7   Herb Chambers has handled it since it happened.

 8             MS. MIKELS:  I want to put in the next

 9         exhibit, but let's put in a copy of the

10         complaint.  And I do promise we'll come up

11         on a break in just a short minute here.

12             MS. CASS:  And this will be Exhibit 5.

13

14         (Exhibit Number 5 was marked for

15         identification.)

16

17   BY MS. MIKELS:

18       Q.   Ms. Coleman, have you seen this document

19   before?

20       A.   Yes, I have.

21       Q.   Did you review it before it was filed?

22       A.   Yes.

23       Q.   Did you authorize your counsel to file this

24   document on your behalf?



1  time.

2      Q.   Okay.  And then you did tell him that the

3  bank -- or the credit union wanted the additional

4  documents you just described:  Purchase order, copy

5  of title (front and back), RTA form; correct?

6      A.   Correct.

7      Q.   And Mr. Perry says to you, "I need you to

8  speak with one of my finance managers."

9           Correct?

10     A.   Correct.

11     Q.   Let's jump to page 172.  Okay.

12          In the middle of the page, you'll see a

13  text message from Mr. Perry to you, August 2nd,

14  2022, at 6:43 p.m., where it starts with

15  "Unfortunately."

16          Do you see that?

17     A.   Yes.

18     Q.   It says, "Unfortunately, you only get the

19  loyalty rebate if you finance with BMW."

20          Correct?

21     A.   Correct.

22     Q.   The BMW loyalty rebate was a further

23  discount off the price of the car.  Is that your

24  understanding?



1    A.   Yes.  I was told -- well, yes and no.  When

2   I was with Badis, he told me that because I was

3   coming back to Herb Chambers and already owned a

4   BMW, I would get a loyalty rebate because I'm a

5   returning BMW customer back when I ordered it on

6   June 28th.  There was a phone call with Badis prior

7   to this message where I got into a fight with Badis

8   on the phone.

9    Q.   Okay.  So we'll get to your communications

10   with Badis separate from this.

11        But what I'm trying to understand is what

12   the loyalty rebate was.  And I -- I know you just

13   said you had some confusion for how it applied.  But

14   did you understand that the loyalty rebate was a

15   further discount off the price of your car?

16            MR. DEUTSCH:  Objection.

17            THE WITNESS:  I was told there was a

18        rebate, and it was a further discount off

19        the car for having owned a prior BMW.

20   BY MS. MIKELS:

21    Q.   Okay.  And Mr. Perry is communicating to

22   you here on August 2nd, 2022, at 6:43 p.m., that you

23   would only get that loyalty rebate if you financed

24   with BMW; correct?



1       A.   Yes.

2       Q.   And you respond to him, and in your third

3  text message down, you say, "F it.  Keep the lease,

4  the restrictions."

5            Correct?

6       A.   I did.  I was angry.

7       Q.   So at that point on August 2, 2022, you

8  communicated to Mr. Perry that you intended to move

9  forward with the lease; right?

10      A.   No.  That was just -- that was an F it,

11 keep the lease.  That was not an indication to go

12 forward.

13           I wouldn't have done another credit pull

14 with my credit union if they were going to take away

15 funds that were already on my deal.  That was just

16 an F it.  So, no, I had no intentions of keeping the

17 lease at that point, no.

18      Q.   So what did the words "keep the lease"

19 mean?

20      A.   It was just a text of anger of I'm -- it --

21 it was nothing but a communication.  There's nothing

22 in writing with new lease paperwork.  It was just,

23 you know, F it.  Like -- like, I'm upset.  Like,

24 keep the lease.



1              But, again, it goes in with that whole

2      thread.  You can't just take that one text.  You

3      know, we had been talking about mileage

4      restrictions.  I went to the credit union.  He never

5      said anything about losing the loyalty rebate if I

6      went through my credit union.  I just did a credit

7      pull; now he's saying it.

8              So it was just like F it, like, keep the --

9      I was just over it.  Keep the lease.  That's it.

10        Q.   So your words you used to communicate to

11     Mr. Perry were, "Keep the lease"; correct --

12        A.   I did.

13        Q.   -- on August --

14        A.   I did.

15             MR. DEUTSCH:  Objection; asked and

16         answered.

17     BY MS. MIKELS:

18        Q.   All right.  I'm going to finish the

19     question.

20             The words you communicated to Mr. Perry on

21     August 2, 2022, at are 6:43 p.m., are "F it, keep

22     the lease"; correct?

23             MR. DEUTSCH:  Objection.

24             THE WITNESS:  I texted that, yes.



 1  BY MS. MIKELS:

 2      Q.    And do you recall shortly after texting

 3  Mr. Perry, "F it, keep the lease," that you told him

 4  you didn't want to talk with him about the car

 5  anymore?

 6      A.    I know at some point I told him that I felt

 7  it was a conflict.

 8      Q.    Let's go down to page 174.

 9            So at the bottom of the page, second from

10  the bottom on your text messages on the right, you

11  say, "So, therefore, I'm not talking to you about it

12  anymore.  So do not bring it up, please."

13            Do you see that?

14      A.    I would have to read the whole thing.  To

15  pick one text, I would have to just read -- give me

16  a moment to read the page, please.

17      Q.    Go ahead.

18            MR. DEUTSCH:  Read the page above, also.

19            THE WITNESS:  Yeah.  Can I read the page

20        above also because I don't know what we had

21        talked about?

22  BY MS. MIKELS:

23      Q.    You can read as much of this as you'd like.

24      A.    We'll start at the 6:43 where he says



1   unfortunately I won't get the rebate.

2            And I'll read down.

3            If you also pause there, there's the other

4   paperwork from Liliya that was given to Badis, the

5   other e-mail.

6       Q.   And we will talk about the communications

7   with Badis separately.

8       A.   Right there, that shows you that I'm still

9   interested in my purchase, even though I said, "F

10  it," and I'm telling him that his sales rep is

11  saying that my bank is wrong.

12      Q.   So, Ms. Coleman, I'm going to remind you

13  that the question that I've asked you is whether or

14  not you told Mr. Perry on August 2nd that you no

15  longer wanted to speak with him about the car.

16           And I'm going to ask you to review these

17  text messages and tell me whether or not I'm

18  understanding your text messages correctly.

19      A.   Okay.  You can continue to scroll.  Can you

20  pause there now?

21           Okay.  What was your question?

22      Q.   My question is that you told Mr. Perry that

23  you did not want to speak with him about the car

24  anymore; is that correct?



ELIZABETH COLEMAN                         November 17, 2023
COLEMAN V. HERB CHAMBERS                          175

1        A.    That's correct.

2        Q.    And you didn't have any further discussion

3   with Mr. Perry about the car until August 6th of

4   2022; is that correct?

5        A.    I don't recall.

6              MS. MIKELS:  Okay.  Let's keep

7         scrolling.

8   BY MS. MIKELS:

9        Q.    So we're now at August 6, 2022, at

10  3:22 p.m., and we've scrolled through all of your

11  text messages with Mr. Perry between the time you

12  told him you didn't want to speak to him about the

13  car on this date and time.

14             Is it accurate to say that you did not

15  communicate with Mr. Perry until August 6th of 2022

16  about your car?

17       A.    Yes.

18       Q.    And on August 6th, 2022, at 3:22 p.m., you

19  send a text.  It's the second down on -- third down

20  on the right.  It says, "I was sent paperwork

21  rejected by my bank.  I need finance."

22             Correct?

23       A.    The paperwork rejected by my bank referred

24  to Badis sent me a purchase and sale that didn't



 1  have anything on it.  That's the paperwork I'm

 2  referring to.

 3      Q.   So when you say "rejected by my bank," are

 4  you referring to the fact that the paperwork had

 5  been rejected by your bank or that you had been

 6  rejected by your bank?

 7      A.   The paperwork Badis sent to me was

 8  incomplete, and I needed it corrected.

 9      Q.   I'm going to ask the question again because

10  I want to make sure we're talking about the same

11  thing.

12          When you say, "I was sent paperwork

13  rejected by my bank," are you saying that paperwork

14  you sent to your bank was rejected, or are you

15  saying that you were sent paperwork from your bank

16  rejecting your loan application?

17          MR. DEUTSCH:  Objection.  You can

18       answer.

19          THE WITNESS:  I was sent paperwork by

20       Badis that he prepared that was not

21       satisfactory for the bank.

22          So the bank asked for it to be

23       corrected.  It was not right.  They couldn't

24       use it.



ELIZABETH COLEMAN                                November 17, 2023
COLEMAN V. HERB CHAMBERS                                      177

```
1    BY MS. MIKELS:
2        Q.   So you're not communicating here that your
3    loan application was rejected by the bank?
4        A.   I am not communicating my loan application
5    was rejected.
6        Q.   Okay.  And you said, "I need finance."
7             And Mr. Perry says, "I'll see what I can
8    do."  Right?
9        A.   Yes.
10       Q.   As of August 6th of 2022, can we agree that
11   you did not have a finalized loan from Pioneer
12   Valley?
13            MR. DEUTSCH:  Objection.
14            THE WITNESS:  No, I -- I will not agree.
15         I did not have the paperwork from Herb
16         Chambers to pick up the physical check.
17   BY MS. MIKELS:
18       Q.   So it's your testimony that the only thing
19   that was missing was this paperwork; that you were
20   approved for the loan, the amount was finalized, and
21   everything else was ready to go?
22            MR. DEUTSCH:  Objection.
23            THE WITNESS:  Yes.  I believe that it
24         would -- if I had received the information
```



1              listed that was sent to both Badis and to

2              Mike Perry, if they had sent it back within

3              one to three business days, I would have had

4              the check and been able to pick up the

5              vehicle.

6    BY MS. MIKELS:

7        Q.    And you said, "I need finance"; right?

8        A.    In an earlier text, Mike said it had to go

9    to finance because Badis didn't know how to fill out

10   the paperwork.

11       Q.    And my question to you here is at 3:22 p.m.

12   on 8/6/2022, you said to Mike Perry, "I need

13   finance:" Right?

14       A.    Which was to get me the paperwork that was

15   rejected.  I need finance to get me the paperwork

16   for my bank is what that meant.

17       Q.    Ms. Coleman, respectfully, the answer to my

18   question is yes, your text message says, "I need

19   finance"; right?

20       A.    The text message says, "I need finance."

21       Q.    And in all of the text messages that you

22   have looked at now between August 2nd of 2022 and

23   August 6th of 2022, you did not communicate to

24   Mr. Perry that you had made a decision to purchase



```
1              you have left?

2                   MS. MIKELS:  Honestly, I can't say.  My

3              hope is that it would go more quickly, but

4              it will depend on how your client chooses to

5              answer questions.

6                   MR. DEUTSCH:  Oh, okay.  All right.

7              Chooses how -- how submissive she is.  Huh?

8              Right in line with Mike.  All right.  Here

9              we go.  I'll mute and we'll take a break.

10

11             (Break from 4:53 p.m. to 5:05 p.m. was taken

12             in the proceedings.)

13

14   BY MS. MIKELS:

15        Q.   Ms. Coleman, we've been talking about the

16   circumstances surrounding the August 17, 2022,

17   credit pull from Herb Chambers.  And you filed a

18   lawsuit in connection with the act of pulling your

19   credit; correct?

20        A.   Correct.

21        Q.   Can you describe, in your own words, how

22   you feel you have been damaged by the fact there was

23   a credit pull on your account on August 17th of

24   2022?
```



1      A.   My credit score dropped significantly.  At

2   one point, it was down 34 points.  My rating

3   changed.  I was denied a credit line increase for a

4   car that I've been perfect standing in.  I was

5   denied credit after being pre-approved through

6   Amazon.  Some of my existing cards changed my APR

7   rate and put it up to 29.99 percent with that credit

8   score change.

9           I ended up taking out the Parent Plus loan

10   for my daughter's college, which is over

11   eight percent when I could have qualified for

12   something that was in two to three percent at the

13   time, plus the 4.2 origination fee, to pay for her

14   schooling.

15           They're still on there.  And when I go into

16   credit monitoring, which I also now pay $30 a month

17   because when I submitted my application to BMW

18   finance, I thought BMW had my social.  It seems now

19   that everybody at Herb Chambers has all of that

20   information.

21           So I pay for credit monitoring through a

22   better service than I had even at the time, which

23   was free through credit cards.  And that is my red

24   flag area is I still have too many credit pulls on



ELIZABETH COLEMAN                                     November 17, 2023
COLEMAN V. HERB CHAMBERS                                            253

```
 1   there.

 2         This has been stressful as a single parent.

 3   I'm afraid to apply for any more credit and get

 4   another pull before these drop off in September of

 5   2024.  And, again, they didn't just pull with

 6   Transunion.  They pulled both Herb Chambers and BMW

 7   with all three credit bureaus.

 8      Q.  Do you know whether or not, when a credit

 9   pull is made, if you have to physically pull from

10   different credit bureaus or if there's a mechanism

11   that when you pull credit, you get scores from the

12   different credit bureaus?

13            MR. DEUTSCH:  Objection; outside the

14         scope of the witness' knowledge.  You can

15         answer if you know it.

16            THE WITNESS:  I don't know.  I know in

17         the past when I refinanced my house, it was

18         one pull from one bureau.

19   BY MS. MIKELS:

20      Q.  So I want to talk a little bit about each

21   of the items that you just mentioned.

22         First, you said that your credit score

23   dropped up to 34 points.  What is the basis for that

24   statement?
```

