# EXHIBIT B

Samuel Desroches
September 27, 2023

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


Civil Action No. 3:23-CV-10050


ELIZABETH COLEMAN,
          Plaintiff


v.

HERB CHAMBERS BMW OF BOSTON
a/k/a HERB CHAMBERS 1172, INC.;
JOHN DOES I-X,
          Defendants




TELECONFERENCE DEPOSITION OF:

SAMUEL DESROCHES

APPEARING REMOTELY FROM

BOSTON, MASSACHUSETTS

September 27, 2023          1:04 p.m.






MYREL J. WILLIAMS
COURT REPORTER

Samuel Desroches
September 27, 2023

1     Mike Perry.

2          Q.     And did you have any involvement in

3     the circumstances relating to Ms. Coleman?

4          A.     Officially, yeah.  Yes.

5          Q.     And what is your understanding of

6     your involvement?

7          A.     So, as you know, we -- it's a car

8     dealership.  Me and Mike Perry work for -- I mean,

9     he worked for Herb Chambers and I am still working

10     for Herb Chambers BMW Boston.  Ms. Elizabeth

11     Coleman was a customer.  I'm the finance manager.

12     Mike was the sales manager.

13          Q.     And what else was your involvement?

14          A.     My involvement --

15          MS. FUREY:  Objection.

16          THE WITNESS:  My involvement was to

17          process the paper, get the deal approved,

18          sign the client, make sure everything is

19          proper.  Yeah.

20     BY MR. DEUTSCH:

21          Q.     What does it mean to sign the client?

22          A.     Whenever a client buys a car -- cash,

23     finance, lease -- I'm a business manager, slash,

24     finance manager, so I handle the business part of

25     it, which is make sure the client gets approved if

Samuel Desroches
September 27, 2023

1    it's a finance or a lease.  Collect all the money

2    down or all the money up front.  Make sure the

3    customer's information is correct and accurate.

4    And make sure the client signs before delivery of

5    the car, of course.

6         Q.    Have you had the opportunity to

7    review the complaint that Ms. Coleman filed in

8    this lawsuit?

9         A.    Yes.

10        Q.    And was there anything in that

11   complaint that you felt was not accurate?

12             MS. FUREY:  Objection.

13             THE WITNESS:  Yes.

14   BY MR. DEUTSCH:

15        Q.    And do you recall what that was?

16        A.    Yes.

17        Q.    Please tell me.

18        A.    The part that she said I asked her

19   out on the day that she came to pick up the car.

20        Q.    Okay.  And other than that you felt

21   that everything was accurate?

22             MS. FUREY:  Objection.

23             THE WITNESS:  I don't know.

24             MS. FUREY:  To the extent that you

25        know or were involved.

Samuel Desroches
September 27, 2023

1    commission, too.  Yeah.

2          Q.    And how is the commission determined

3    as finance manager?

4          A.    It's -- when someone buys a car, when

5    you get to the finance office, the finance guy --

6    it's based on what your needs are for the car.

7    And if you buy anything that you need for the car,

8    finance will have a commission based on that.

9          Q.    Now, does your commission change

10   depending on how the person purchases the car?

11               MS. FUREY:  Objection.

12               THE WITNESS:  I don't really

13          understand what you're saying.  Can you

14          reformulate the question?

15   BY MR. DEUTSCH:

16         Q.    Sure.  For example, do you receive a

17   commission if somebody comes and purchases a car

18   in cash?

19         A.    If someone buys a car cash -- if that

20   person gets anything from finance, yes.

21         Q.    What do you mean by get anything from

22   finance?

23         A.    Anything that would provide a person

24   needs for the car.

25         Q.    Okay.  So as long as you meet with

Samuel Desroches
September 27, 2023

1    the person, you'll receive some commission?

2                    MS. FUREY:  Objection.

3                    THE WITNESS:  No.  When you meet with

4            the person, you go over everything with

5            them.  You say those are your needs; those

6            are your wants.  If that person says, okay,

7            I need this, I don't need that, that's how

8            you get a commission.

9    BY MR. DEUTSCH:

10          Q.    Okay.  And how is your -- is your

11   commission different if somebody finances the

12   purchase of the vehicle through BMW?

13          A.    When you -- when someone finances the

14   car, you might get a flat from BMW.  A flat

15   meaning it's like -- it's like some type of

16   reserve, you know, for processing the paper.  But

17   it's not really commission because it's not like a

18   lot of money.  You know what I mean?

19          Q.    Okay.

20          A.    It's more like a -- it's more like a

21   fee for processing the paperwork.

22          Q.    And do you receive a commission if

23   somebody leases a car through BMW?

24          A.    Yes.

25          Q.    And how is that commission

Samuel Desroches
September 27, 2023

 1    determined?

 2          A.      The same thing.  It's not -- let me

 3    say it again.  It's not a commission, either

 4    financing or leasing.  It's a process fee, if you

 5    want to call it that way.  So -- it's not even a

 6    lot of money.  It's just to process the paperwork.

 7          Q.      Okay.  So your income is based on

 8    bonuses, commissions, and then fees; is that

 9    correct?

10          A.      Like a process fee, paperwork.

11          Q.      Processing paperwork, that would be

12    the third category?

13          A.      Yeah, because if I -- I don't want to

14    use a term that you don't understand.  So

15    processing would be the way I would understand it.

16          Q.      Okay.  So if somebody purchases a car

17    and pays cash for it, you may receive a processing

18    fee for helping them --

19          A.      No, no, no.  Cash, it's easier.  You

20    don't need to submit.  You don't need to go

21    through the bank and do this and do that.  There

22    is less work, so you're not getting any processing

23    fee for it.

24          Q.      In that circumstance your

25    compensation would be a commission?

Samuel Desroches
September 27, 2023

1          **A.     Yes.**

2                 MS. FUREY:  Objection.

3     BY MR. DEUTSCH:

4          Q.     And if somebody finances the purchase

5     through BMW and you assist them in that process,

6     you would potentially collect a processing fee; is

7     that correct?

8          **A.     Yes, quote, unquote.  Yes, we can use**

9     **that.**

10         Q.     And if somebody is leasing a car from

11    Herb Chambers BMW and you walk them through the

12    process, you may receive a processing fee in that

13    process as well?

14         **A.     Correct.**

15         Q.     Okay.  Now what if somebody purchases

16    a car and they have outside financing for it and

17    you -- how does that work?

18         **A.     It's considered a cash deal.  It's an**

19    **easier process.**

20         Q.     Okay.  And by comparison, if somebody

21    is financing through BMW and you would collect a

22    processing fee --

23         **A.     Uh-huh.**

24         Q.     -- what is the amount typically that

25    you would receive?

Samuel Desroches
September 27, 2023

1        **A.        200, $300.**

2        Q.        What about for a lease?

3        **A.        Same thing.  The average is like 2-**

4        **or 300.**

5        Q.        And if somebody is purchasing with

6        cash or outside financing, what is the commission

7        that you typically receive?

8                  MS. FUREY:  Objection.

9                  **THE WITNESS:  We don't receive any**

10                 **commission unless that person -- any advice**

11                 **or anything you guide them to in finance**

12                 **when you're in the business office.**

13       BY MR. DEUTSCH:

14                 Q.        Can you give me an example of what

15       you might guide that person to purchase?

16                 **A.        Like a tire and wheel protection.**

17                 Q.        Okay.  So if there are -- if there's

18       tire and wheel protections or additional insurance

19       coverage offered by BMW for additional warranties,

20       let's say, that would be the kind of thing that

21       you would add in?

22                 **A.        Yes.**

23                 Q.        And that would be the kind of thing

24       you might receive a paid commission for?

25                 **A.        Yes.**

Samuel Desroches
September 27, 2023

```
 1              Q.     Okay.  And if a person declines any

 2      of those additional services and they just want

 3      the car, you don't receive commission?

 4              A.     On a finance, cash or -- no.

 5              Q.     Just for cash or outside finance?

 6              A.     Anything.  Don't matter.  If they

 7      don't accept none of them, you don't get a

 8      commission.

 9              Q.     Do you recall if you received a

10      commission in relation to Elizabeth Coleman?

11              A.     She financed -- she didn't get

12      anything from me, if I remember correctly.  And

13      she -- at the end of everything, she was an

14      outside finance.  She decided to go outside

15      finance the last minute, so no.

16              Q.     And when Ms. Coleman originally came

17      into Herb Chambers, was she looking to lease or to

18      buy a car?

19                     MS. FUREY:  Objection.

20                     THE WITNESS:  From my understanding,

21              because I wasn't there and I don't think she

22              came in, I'm not sure, but from the

23              beginning it was a lease.

24      BY MR. DEUTSCH:

25              Q.     And if Ms. Coleman had leased the
```

Samuel Desroches
September 27, 2023

1  car -- did Ms. Coleman end up leasing the car?

2  **A.    She ended up going to outside**

3  **financing.  You cannot lease when you do an**

4  **outside finance.**

5  Q.    Had Ms. Coleman ended up leasing the

6  car through BMW, you would have received a

7  processing fee if she met with you in finance?

8  **A.    Correct.**

9  MS. FUREY:  Objection.

10  BY MR. DEUTSCH:

11  Q.    Is that right?

12  **A.    Yes.**

13  Q.    And had Ms. Coleman financed the

14  vehicle through BMW and met with you in finance,

15  you would have received compensation for that as

16  well; right?

17  **A.    You mean the processing fee?**

18  Q.    Yes.

19  **A.    Yes.**

20  MS. FUREY:  Objection.

21  BY MR. DEUTSCH:

22  Q.    Okay.  Backing up for a --

23  **A.    Just for the record, the outside**

24  **processing fee is named as reserve if you want to**

25  **make it official.**

Samuel Desroches
September 27, 2023

```
 1           Q.      There were other individuals that
 2     worked in finance as well; right?
 3           A.      Yes, three of us.
 4           Q.      Are you their supervisor?
 5           A.      No, we don't have a supervisor in the
 6     finance department.  No.
 7           Q.      No, okay.  So the three of you that
 8     work in the business manager and finance manager
 9     department are all on the same level?
10           A.      Yes.
11           Q.      Okay.  Does anybody report to you at
12     Herb Chambers?
13           A.      I mean, I'm a manager, so I don't
14     know if they're reporting to me but I'm higher
15     than a salesperson.  Even though on the sales
16     manager level, I'm kind of higher than a sales
17     manager.  Like the chain of command in this
18     business, it's the GM, the GSM, and the finance
19     department.  And then after that it's either the
20     same level or under.
21           Q.      When there is a potential auto sale
22     going through, how is it determined which person
23     in finance the customer will meet with?
24           A.      They have an Up System.  The Up
25     System is -- so they determine, okay, there's
```

Samuel Desroches
September 27, 2023

1    three people.  This one went first, this one is

2    second, this one is going third.  For the whole

3    day it's like that.  It's your turn, it's your

4    turn, it's your turn.

5         Q.    So as long as the three of you are in

6    the office it just rotates through?

7         A.    Exactly.

8         Q.    Okay.  And so there's not -- you work

9    with all the salespeople?

10        A.    No.

11        Q.    Yes?

12        A.    You said -- say that again?

13        Q.    You end up working with all of the

14   salespeople; right?

15        A.    Yeah.

16        Q.    Sorry.  Sometimes the audio is

17   cutting out a little bit.

18        A.    No, that's fine.

19        Q.    And pardon me if I asked this

20   already, but if somebody ends up meeting with you

21   in finance and they end up not purchasing the car

22   or anything, there's no compensation for you;

23   right?

24             MS. FUREY:  Objection.

25             THE WITNESS:  There's always somebody

Samuel Desroches
September 27, 2023

1              **THE WITNESS:  No.  It goes based on**

2         **the time you have in front of you.**

3    BY MR. DEUTSCH:

4         Q.    Understood.  I understand that it's

5    hard to pin down how much time it typically takes,

6    but if an application comes in, is it fair to say

7    that usually the person in your department will

8    obtain the consumer credit file within one week of

9    the submission?

10             MS. FUREY:  Objection.

11             **THE WITNESS:  Depends.  Like I said,**

12        **if a client is not here, it's not priority**

13        **number one.**

14   BY MR. DEUTSCH:

15        Q.    Right.  So I'm only talking about

16   online right now.

17        **A.    If they send it online, there is not**

18   **a client here.  It goes whenever we have time to**

19   **approach it.  We deal with what's here.  What's**

20   **here is first.  What is not here is second.**

21        Q.    And have you ever received

22   instruction from Herb Chambers that an online

23   submission, where the client is applying for

24   credit online for approval, that it must be

25   reviewed within a certain amount of time?

Samuel Desroches
September 27, 2023

1      **A.      No.  In the month that they apply for**

2    **it, yeah.**

3      Q.      So it needs to be done within the

4    month that it's applied for?

5      **A.      Yes.**

6      Q.      Okay.  And other than it being done

7    within the month, there's no other rules?

8      **A.      No, there's no other rules.  Every**

9    **time if you -- there's no other rules.  You have**

10   **to -- if a client is buying a car, you have the**

11   **month.  Let's say the month -- the 1st through the**

12   **31st.  The 31st is the limit to submit this.**

13     Q.      If a person submits their application

14   and it's the end of the month and it expires, then

15   the person would have to submit a new application;

16   is that correct?

17          MS. FUREY:  Objection.

18          **THE WITNESS:  Every time it's expired**

19      **you have to resubmit the application, yes.**

20   BY MR. DEUTSCH:

21     Q.      And it expires at the end of the

22   month?

23     **A.      No, I think it has the 60 month.**

24     Q.      60 months?

25     **A.      Not 60 months, 60 days.**

Samuel Desroches
September 27, 2023

1        Q.      Okay.  So when somebody submits an

2    application it is -- you're allowed to act on it

3    by pulling their consumer credit file as long as

4    it's done within 60 days?

5                MS. FUREY:  Objection.

6                **THE WITNESS:  It's not expired.**

7    BY MR. DEUTSCH:

8        Q.      Sorry.  Their approval for you to

9    pull their consumer credit file expires after 60

10   days; is that correct?

11       **A.      Yes, about that.**

12               MS. FUREY:  Objection.  Sorry.  You

13       can answer.

14   BY MR. DEUTSCH:

15       Q.      Where does that -- where is that rule

16   from?

17       **A.      BMW Financial.**

18       Q.      So BMW Financial requires that if a

19   customer submits an application online, that

20   permits you to pull their consumer credit file for

21   approval and if you do not accomplish the pulling

22   of that file within 60 days, then a new

23   authorization is obtained; correct?

24               MS. FUREY:  Objection.

25               **THE WITNESS:  Yes.  When you say**

Samuel Desroches
September 27, 2023

```
 1      this finance manager.  So I'm like, what's her

 2      name?  They gave me her name.  I type her name and

 3      see I did work with her before prior to that,

 4      maybe three years ago, which was a lease.  She was

 5      leasing a car at that time.  I'm like, no problem.

 6      When she wants to work with me, let me know and

 7      whatever.

 8                    And so -- at some point in the file

 9      it's what car, what kind of deal, and they put it

10      in the rack.  This month right here we have a

11      group of deals we have to submit before the month

12      is over.  At some point, I don't know if that

13      specific morning if I grab it from the rack or if

14      somebody handed it to me.  But the day I submitted

15      it is the day that I submitted it.  It doesn't

16      mean the day it was in the rack or in that

17      position.

18           Q.    Okay.  So you do not recall if Mike

19      Perry specifically asked you to run Ms. Coleman's

20      credit?

21           A.    No, I do not recall that.  I recall

22      Mike Perry saying to me -- let me take it back.

23      I'm not sure if it was Mike Perry or the

24      salesperson that tells me that the client wants to

25      work with me.  I don't recall Mike Perry saying I
```

Samuel Desroches
September 27, 2023

1    have to submit it.  To tell you the truth, the

2    sales manager can submit it for credit as well.

3         Q.    Okay.  A salesperson can submit --

4         A.    Yeah, they cannot sign the final

5    thing, but they can submit it for approval.

6         Q.    A sales manager but not a general

7    salesperson?

8         A.    Say again?

9         Q.    A general salesperson can't submit it

10   but the manager?

11        A.    No, salesperson cannot do those

12   things, but a sales manager has access to see an

13   approval.

14        Q.    And Mike Perry was in the sales

15   manager position, so technically he could have

16   submitted it himself?

17        A.    He could have, yes.  If he has time

18   or if he wants to, yeah.

19        Q.    But you are the person who did it?

20        A.    Yes, because that is my job, that is

21   my primary job.

22        Q.    Prior to pulling Ms. Coleman's

23   credit, did you confirm that you had written

24   authorization to access her credit from the

25   client?

Samuel Desroches
September 27, 2023

1          A.      If someone asks to work with you,

2     it's a lease or a finance, the first thing you

3     have to do is submit it before you even talk to

4     the client.  They have to have an approval.  The

5     other thing is you submit it -- you also have to

6     read the approval to see why that person is

7     qualified for that rate.  You know what I mean?

8     You have to look through it.  If they give her a

9     high rate and you feel like that's not the rate

10    that she is supposed to qualify for, then you have

11    to call BMW Financial and say, by the way, why

12    that client has that and is supposed to have that?

13    They will tell you why.

14          Q.      Do you recall who told you that Ms.

15    Coleman wanted to work with you?

16          A.      Probably the salesperson and Mike.

17          Q.      And it was either the salesperson or

18    Mike who ultimately told you that and gave you her

19    application; right?

20              MS. FUREY:  Objection.

21              THE WITNESS:  Yes.

22    BY MR. DEUTSCH:

23          Q.      But you don't know which one?

24          A.      I don't know which one of them.  Like

25    I said, I don't know if I grabbed it from the rack

Samuel Desroches
September 27, 2023

1   because we have a rack or -- so my understanding

2   is when they told me that, they told me that maybe

3   a couple of days or a few days prior.  So now when

4   I get in that morning, for some reason I

5   probably -- that day.  I'm not saying that morning

6   because I don't even remember the time.  That day

7   I probably find a space in between to work with

8   the application, which I did.  That is not only

9   for Ms. Coleman, it's for any client that has a

10  file on my desk.

11       Q.     So what does it mean when you say

12  grab it from the rack?  Can you explain that to

13  me?

14       A.     There is a system, like, at a sales

15  manager's desk where they put customer's file.  So

16  each one of us will come and grab what needs to be

17  submitted.  You know what I mean?  Since I had her

18  name, they told me she required to work with me.

19  Once they said she required -- remember, we're

20  working in customer service.  When a customer

21  required to work with somebody, it's an easier

22  process.  That is attached to my name; I'm the one

23  that is supposed to touch it.

24              No finance manager is going to go

25  and -- if a customer requires a finance manager

Samuel Desroches
September 27, 2023

1    **and say, no, I'm taking it now because we are**

2    **trying to get to the easy part and not be**

3    **difficult.**

4         Q.    Okay.  So when an application is

5    pulled from the rack, you get the paperwork and

6    then you submit information to the computer and

7    you pull the file; is that right?

8         **A.    Yes.  Yes.**

9         Q.    Is there any other part of the

10   process?

11        **A.    What do you mean?**

12        Q.    You don't -- you're not -- you don't

13   ask the salesperson any questions before

14   submitting the information?

15        **A.    Unless it's something that's not**

16   **clear.  It's not an application.  It's a folder.**

17   **The folder will have the car, the VIN number, the**

18   **color of the car.  You know what I mean?  And how**

19   **much that person wants to put down if it's a**

20   **lease, if it's a finance, or if it's cash.**

21        Q.    And who completes that form, who

22   makes it?

23        **A.    The folder?**

24        Q.    Right.  That form that is submitted

25   to you with the VIN number and all of that, who is

Samuel Desroches
September 27, 2023

1      that created by?

2          **A.     Okay.  The folder that has all the**

3      **paperwork is made by the sales manager.**

4          Q.     Okay.  So the sales manager puts the

5      information together and then puts it on the rack

6      for you to take and for you to run?

7          **A.     Exactly.**

8          Q.     In that folder you have the

9      customer's social security number and address and

10     any other information that is required for you to

11     access their credit; right?

12         **A.     Yes.**

13         Q.     Okay.  That piece of paper that has

14     the customer's information with their social

15     security number, who completes that document?

16             MS. FUREY:  Objection.

17             **THE WITNESS:  The sales manager and**

18         **the salesperson.**

19     BY MR. DEUTSCH:

20         Q.     Okay.  So the sales manager and the

21     salesperson get the customer's social security

22     number, they get their date of birth, they put it

23     on the form, they put it in the folder, they put

24     it on the rack?

25         **A.     Their license.**

Samuel Desroches
September 27, 2023

```
1              Q.      A copy of their license?
2              A.      Yes.
3              Q.      They put all that in the folder, they
4       put it on the rack, and then it gets to you and
5       you run their credit?
6              A.      Yes.
7              Q.      And at no point in this process do
8       you necessarily talk to the customer?
9              A.      After I get the approval.
10             Q.      Right.  Not until after they've been
11      approved?
12             A.      Yes.
13             Q.      Okay.  And so in 2022, to the best of
14      your knowledge, you didn't talk to Ms. Coleman
15      prior to running her credit; is that right?
16             A.      No.  No.
17             Q.      You only talked to her after her
18      credit was pulled?
19             A.      Yes.
20             Q.      Okay.  And you were relying on the
21      salesperson who put the information in the rack
22      for you to pull, you were relying on that
23      salesperson to know that the customer wanted their
24      information to be pulled?
25                     MS. FUREY:  Objection.
```

Samuel Desroches
September 27, 2023

```
 1            Q.     It might have been?
 2            A.     Yes.
 3            Q.     If somebody submits an online
 4    application for BMW Financial Services, this
 5    document would be created or one like it?
 6                   MS. FUREY:  Objection.
 7                   THE WITNESS:  Yes.
 8    BY MR. DEUTSCH:
 9            Q.     Is that right?
10            A.     Yes.
11            Q.     Okay.  And this specifically says
12    under comments that Ms. Coleman is approved; is
13    that right?
14            A.     Yes.
15            Q.     Okay.  Now if you scroll down to the
16    next page, which is page 78 of the production from
17    Herb Chambers, do you know what this is?
18            A.     That's like a deal structure.
19            Q.     Is this created by Herb Chambers?
20            A.     Yes.
21            Q.     Yes, okay.  This would be once the
22    person has directly communicated with Herb
23    Chambers regarding a car; right?
24            A.     Yes.
25            Q.     And under line 1 the contract date
```

Samuel Desroches
September 27, 2023

 1    here is listed as August 4th, 2022.  Do you see

 2    that?

 3         **A.       Uh-huh.**

 4         Q.      Yes?

 5         **A.       Yes.**

 6         Q.      Okay.  And so does that mean that

 7    that's the date that this form was completed?

 8         **A.       Yes.**

 9         Q.      And under the second line it says Fin

10    Inst; does that mean financial institution?

11         **A.       Yes.**

12         Q.      Then it says cash; do you see that?

13         **A.       Uh-huh, yes.**

14         Q.      What does that mean?

15         **A.       That's -- that means it's a cash**

16    **deal.**

17         Q.      Which means the person is -- either

18    the person is purchasing in cash or they have

19    their own outside financing; is that correct?

20         **A.       No, if it's -- if it's an outside**

21    **finance, it would say it's OSL.**

22         Q.      It would say OSL?

23         **A.       Meaning outside lender.**

24         Q.      Okay.

25         **A.       That cash right there means, like,**

Samuel Desroches
September 27, 2023

1          that person is writing a check or bringing a bag

2          of money.

3                    Q.    Does a bag of money come often?

4                    A.    Sometimes, yeah.

5                    Q.    All right.  And then --

6                    A.    Something just came to my attention.

7          If you look at the approval, the first one you

8          showed me, you can see it's two different prices.

9          Right there.  You see?  Approved based on a

10         vehicle value of 46,695.  Now look at the deal

11         structure.  This one here, the car is 54,920,

12         something like that.  If you go to the balance,

13         that person put like 2,000 or 20,000?  I can't

14         really read it.  That person's unpaid balance

15         would be like 55- something.  So we're not even

16         talking about the same car.

17                   Q.    This document that we're looking at

18         on page 78, it doesn't have Ms. Coleman's name

19         either; right?

20                   A.    I don't see her name either.

21                   Q.    Do you know with any certainty

22         whether this relates to her?

23                   A.    I don't know.  I couldn't tell.

24                   Q.    Scrolling down another page -- at the

25         bottom of that page there's -- of page 78 there's

Samuel Desroches
September 27, 2023

1    you had said for you to run the credit you needed

2    two things:  you needed the application and you

3    needed a purchase and sale contract?

4         **A.     Yes.**

5         Q.     Right?

6         **A.     Yes.**

7         Q.     Okay.  Now the purchase contract,

8    does that document specify whether it's a purchase

9    or a lease?

10        **A.     On a purchase at the time -- like I**

11   **said, those things change.  Looking at the**

12   **purchase and the purchase that I had before,**

13   **that's not the same thing.  If it's a purchase,**

14   **it's not a lease.  On the lease it does not really**

15   **show the price of the car.  You know what I mean?**

16   **On cash, on finance, it will show the price of the**

17   **car.  The lease is based on -- it's based on the**

18   **money factor residual.  It's -- it's all about**

19   **numbers and the term and the condition.**

20        Q.     Now when you look at -- when you got

21   Ms. Coleman's client file, when it was on the rack

22   and you took it off the rack to run the numbers,

23   if there were multiple versions of a motor vehicle

24   purchase contract in that folder at the time,

25   would they have all been there?

Samuel Desroches
September 27, 2023

1          A.      If there were, yes.  Also, if you

2     look at the cover sheet that I showed you that

3     cover sheet earlier, you will see a deal number.

4     Once you have the deal number, on -- you see it

5     says CDK on there.  When you type the deal number,

6     it shows what kind of deal you have in front of

7     you.

8          Q.      That's in the computer?

9          A.      Yeah, so it was a lease.

10         Q.      So in the computer it was listed as a

11     lease?

12         A.      Yes.

13         Q.      And there may have been other

14     purchase contracts in the folder that were not for

15     a lease?

16              MS. FUREY: Objection.

17              THE WITNESS:  Not that I remember.

18     BY MR. DEUTSCH:

19         Q.      Not that you remember, but it's

20     possible for there to be multiple versions of the

21     contract and you would enter the deal number and

22     whatever the computer tells you is the most

23     up-to-date thing, that's what you're going to run

24     it as?

25              MS. FUREY:  Objection.

Samuel Desroches
September 27, 2023

1              **THE WITNESS:  Exactly.  When you have**

2         **a client that is not sure what they're**

3         **doing, it might be a situation that's like a**

4         **lease and there's a finance, and there's a**

5         **cash.  You know what I mean?  At the end of**

6         **the day, the computer confirms what you**

7         **have.**

8    BY MR. DEUTSCH:

9         Q.    Okay.  So when you enter the deal

10   number on or about August 17th and you pulled the

11   credit, the computer system at Herb Chambers had

12   it listed as a lease?

13        **A.    As a lease, term, conditions, monthly**

14   **agreement.**

15        Q.    Okay.  What I want to look at now --

16   and I'll mark this as Exhibit 2 and send it out

17   later.  But right now we're looking at Herb

18   Chambers production page 345.

19        **A.    Uh-huh.**

20        Q.    I'll make this larger for you.

21        **A.    Uh-huh.**

22        Q.    What is this document?

23        **A.    That's a purchase and sales.**

24        Q.    Okay.  And this one is dated August

25   4th, 2022; right?

Samuel Desroches
September 27, 2023

```
 1          A.      Uh-huh.

 2          Q.      Do you see that?

 3          A.      Yes.

 4          Q.      And the salesperson is listed as

 5    Badis Boussetta; right?

 6          A.      Yes.

 7          Q.      Does this specify to you whether it's

 8    a purchase or a lease?  Can you tell from this?

 9          A.      No.  From my understanding this deal

10    has a lot of confusion.  So that purchase and

11    sales -- they print a purchase and sales based on

12    the confusion we've been having.  That day I

13    wasn't there.  That's why I can't really tell you

14    what's going on here.

15          Q.      You don't know from looking at this

16    whether the intent on August 4th was to purchase

17    or lease?

18          A.      No, not purchase or lease.  You

19    mean -- cash, lease or finance, that is what you

20    meant?

21          Q.      Right.  You can't tell if it's a

22    purchase, a finance or a lease from looking at

23    this?

24          A.      No, I cannot tell.

25          Q.      Because this is dated August 4th,
```

Samuel Desroches
September 27, 2023

1          Q.      Okay.  All right.  So I'm going to

2     pull this back up.  This was Exhibit 2 that we

3     were looking at.  Specifically, I'm at page 333.

4     This is an e-mail from Ms. Coleman sent to -- I

5     believe this is your e-mail address; is that

6     right?

7          **A.      Yes.**

8          Q.      This was sent on August 17th, 2022?

9          **A.      Uh-huh.**

10          Q.      It says, Hello, Sam.  Actually, it

11     was two pulls, one from BMW and one from Herb

12     Chambers.  My score dropped 22 points.  I want an

13     explanation as to why my file was not updated.  I

14     have numerous communications regarding obtaining

15     finance through my credit union.  I apologize to

16     you in advance but now I'm infuriarated.  Do you

17     recall receiving this e-mail?

18          **A.      Not really because there's no**

19     **response from me for that e-mail.  If I did, I**

20     **don't remember.  I probably talked to her about**

21     **it, but I don't remember that e-mail.**

22          Q.      And you don't recall Ms. Coleman

23     talking to you -- strike that.

24                  Do you know what she's talking about

25     in this e-mail?

Samuel Desroches
September 27, 2023

1        A.      Saying exactly what she -- she's

2     telling what happened to her credit.  Her credit

3     was pulled twice.  She said the credit was dropped

4     or the score was dropped 22 points.

5        Q.      And do you have knowledge of -- is it

6     your understanding that a customer's credit score

7     can be impacted by pulling their credit?

8        A.      Yes, of course.  Any time you apply

9     for a loan, your credit is impacted.

10       Q.      Okay.  And when Ms. Coleman says, I

11    want an explanation as to why my file was not

12    updated, do you know what she is saying there?

13       A.      Why my file was not updated, no, I

14    don't know.

15            MS. FUREY:  Objection.

16    BY MR. DEUTSCH:

17       Q.      In that e-mail Ms. Coleman complained

18    that there were two credit pulls, one from Herb

19    Chambers and one from BMW Financial.

20       A.      Yes.

21       Q.      Do you know, when you submit the

22    credit pull, is it typically reported as two

23    separate pulls?

24       A.      Yes, for everyone.

25       Q.      Sorry?

1      A.     Yes, for everyone, even myself.

2      Q.     So it always gets submitted as two

3    separate pulls?

4      A.     Yes.

5      Q.     Why?

6      A.     Because as a finance manager before I

7    send it to BMW, I have to view the credit.  So I

8    have to view the credit because once I view the

9    credit you see where it says on -- what it said at

10   the top, Experian?

11     Q.     Yes.

12     A.     Okay.  So if Experian is the lower

13   blue, she's qualified for a different tier.  If

14   TransUnion is a higher blue, me as the finance

15   manager, I have to upload the higher blue with BMW

16   Financial so she can get the top tier.  So the

17   finance manager has to look at the person's credit

18   before they send to BMW financial.  It's like

19   you're the customer advocate.

20     Q.     Okay.

21     A.     Let's say if you get declined or if

22   you get a tier 2 or tier 1 so you need to call the

23   BMW Financial.  First thing they will ask you is

24   have you looked at her credit?  Because you can't

25   just say, I want this client to get top tier.  The

Samuel Desroches
September 27, 2023

1    reason why you saw there's three different scores

2    is some will report something in the report not in

3    the other report.  That is why you see the gap.

4    There is a reason for the gap.  It doesn't just

5    happen like that.

6         Q.    Do you recall if Melissa Steffy ever

7    spoke to you about things that you should have

8    done differently in relation to Ms. Coleman?

9         A.    No, I don't remember.

10        Q.    Do you recall if Katie George ever

11   spoke to you about things that you should have

12   done differently in relation to Ms. Coleman?

13        A.    I don't remember.

14        Q.    When you think back on this whole

15   circumstance, is there anything that you think you

16   should have done differently in relation to

17   Ms. Coleman?

18             MS. FUREY:  Objection.

19             THE WITNESS:  No, I feel like I've

20        done everything that I'm supposed to.

21   BY MR. DEUTSCH:

22        Q.    And I believe we touched on this, but

23   I just want to confirm.  To the best of your

24   knowledge there were no new rules put -- there

25   were no new policies and procedures put in place

101:20 102:2
103:15
109:22
128:17
**looked**
106:10
128:24
**looking**
20:17 65:12,
20,22 78:25
86:12,20
90:17 92:12
93:13 98:21
99:23 101:11
103:17
104:15,22
106:14
107:10,14,
21,23,25
108:6
111:11,16,20
113:22 115:9
126:3
**looks**
53:5 91:1,9
**lot**
16:18 17:6
31:19 39:8,
12 51:6
61:18 104:10
**low**
100:1
**lower**
100:2 128:12
**lowest**
93:2

────────

**M**

**machine**
53:2
**made**
47:20 73:3
**main**
33:8 38:17
**make**
6:13 7:18,25

8:2,4 10:23
21:25 27:7
76:19 78:21
99:13 100:1
103:20
111:21 112:9
113:5,6,25
123:17
**makes**
72:22
**making**
80:22
**man**
14:17
**management**
113:2,17
114:20
**manager**
7:11,12,23,
24 12:17,18,
23,24,25
13:2,3,5,10,
14 15:3
24:8,13,16,
17 30:11,14,
20,25 31:4
33:10 47:9,
14,17 62:1
63:2,6,10,
12,15 68:3
71:24,25
73:3,4,17,20
77:5 98:25
99:9 100:4
114:20
128:6,15,17
**manager's**
71:15
**managers**
37:2 123:23
**manger**
75:1
**manner**
114:7
**March**
58:21 59:21
60:1

**mark**
103:16
**marked**
130:14
**married**
66:20
**Massachusetts**
4:2 109:9
**match**
94:5,6,9
**matched**
93:7
**materials**
33:4,7
**matter**
14:7,8 20:6
34:16 37:19
51:2 53:2
56:10 60:9
64:12
**mean**
7:8,21 15:21
16:18 21:17
23:20 24:13
30:13 35:11
36:1 37:9
41:18,20
46:11 51:22
54:18 55:11
57:24 62:16
64:15 65:1
66:21 70:7
71:11,17
72:11,18
76:5 79:19
82:19 89:6,
10,14 101:15
103:5 104:19
**meaning**
16:15 89:23
**means**
5:25 57:9
69:12 85:10,
14,15 89:15,
17,25 91:19
124:10
**meant**

23:21 104:20
**mechanic**
123:24
**mechanics**
37:17
**meet**
4:15,16
10:18 15:25
16:3 24:23
27:13
**meeting**
25:20
**Melissa**
10:14 11:17
23:24,25
129:6
**memory**
106:6
**mentioned**
61:16
**message**
40:12,16
**messages**
39:25 40:5,
10,13 41:1
42:11 43:22
44:12,16
**messy**
112:8
**met**
21:7,14
41:4,10
**Mike**
7:1,8,12
11:22 13:3
43:10 62:18,
22,23,25
63:14 70:16,
18 120:15,19
121:16
124:6,17
**mind**
76:19,20
95:13
115:11,21
**minute**
20:15 52:18

53:4

**minutes**
  52:25 78:9,
  12

**miscommunicat
ion**
  98:17 124:21

**mistaken**
  4:22 5:12
  31:24

**moment**
  46:12,17
  92:10 125:15

**money**
  8:1,2 16:18
  17:6 77:6
  80:21 90:2,3
  99:1,11,17,
  20,22,24
  100:12,18
  101:18
  110:16
  111:1,10

**moneywise**
  110:25

**month**
  30:18 31:12,
  13 32:3,8,9,
  20,23 33:5,
  6,10,17
  34:1,2,5
  35:13 49:1,
  4,7,11,14,
  22,23 54:10,
  12,13,15
  56:7,11,14,
  17 57:4,5,13
  58:19,21
  61:19 62:10,
  11 67:9
  105:2

**monthly**
  31:14,21
  35:5 100:1
  103:13

**months**
  49:24,25

**Montreal**
  23:3

**morning**
  62:13 71:4,5

**mortgage**
  80:23

**motor**
  101:23

**moving**
  39:12

**MSRP**
  14:9

**multiple**
  76:21 101:23
  102:20
  108:16

---

**N**

---

**name**
  11:1 22:4
  27:7 61:16
  62:2 64:21,
  23 65:19
  66:20 67:25
  71:18,22
  90:18,20
  91:16 93:5
  123:16

**name's**
  6:24

**named**
  21:24

**necessarily**
  64:10 74:8

**need**
  6:6 10:20
  15:7 16:7
  17:20 29:8,
  10,11,21
  39:15 57:20,
  25 58:24
  59:19 65:17
  66:7,9,15
  81:1,2,22
  93:25 113:16
  115:18,19

128:22

**needed**
  101:1,2,3

**needs**
  5:25 15:6,24
  16:5 49:3
  55:17 71:16
  80:19

**never**
  4:25 11:24
  59:8 60:7
  75:15 83:15
  97:15,20
  124:11

**Nice**
  4:15,16

**nine**
  30:16

**notary**
  4:7

**notification**
  87:13

**notified**
  52:5

**notwithstandi
ng**
  116:16

**number**
  14:1 27:6
  47:1,4 48:13
  54:8 55:1
  72:17,25
  73:9,15,22
  76:15 91:17,
  18,19 98:21
  102:3,4,5,21
  103:10

**numbers**
  98:20,23
  101:19,22

**numerous**
  126:14

---

**O**

---

**oath**
  5:23

**Objection**
  7:15 8:12,22
  9:6 15:11
  16:2 18:2
  19:8 20:19
  21:9,20
  25:24 27:16
  28:13 42:12
  46:8 47:25
  48:10 49:17
  50:5,12,24
  51:13 52:9
  53:7 54:3
  55:8 56:4,
  13,18 58:11
  59:2,14 60:6
  65:14 67:3
  68:6,14 69:4
  70:20 73:16
  74:25 75:10,
  18 77:12
  80:8,17 83:8
  84:20 88:6
  97:14
  102:16,25
  105:3,10
  106:18,24
  108:12
  112:25
  114:8,14
  115:25
  116:1,10,21
  117:5,18
  118:3,14,19
  119:3,12
  122:5 125:18
  127:15
  129:18

**obtain**
  47:19 48:8
  54:2,4 55:2
  56:1

**obtained**
  44:23 50:23
  95:17,21

**obtaining**
  45:10 47:12
  126:14

obviously
  96:22
occasion
  37:5
occurred
  120:8 123:14
OFAC
  92:16 94:2,3
  98:2
offered
  19:19
office
  15:5 19:12
  25:6 26:2,4,
  21 27:11
  47:12 91:10
official
  21:25
Officially
  7:4
okay
  4:25 5:18,24
  6:2,5,8,12,
  20 8:20
  9:12,20
  10:5,14
  12:2,18
  13:4,9 15:25
  16:6,10,19
  17:7,16
  18:15,20
  19:17 20:1
  21:22 22:7,
  10,23 23:8
  24:7,11,25
  25:8 26:7
  27:13,22
  28:2,17
  29:3,18,25
  30:8,23 31:7
  32:2,22,25
  34:7,10,23
  35:17 37:4,
  7,22 38:5,10
  39:23 40:4,
  15 41:8 42:5
  43:5 44:4,21
  45:8 46:4

47:10,16
49:6 50:1
52:18 53:4,
16 55:5,25
57:18 58:14
59:19,23
60:24 61:8
62:18 63:3
64:9 68:18
69:7,20 72:4
73:2,4,13,20
74:13,20
75:15 76:3,
8,17 77:8
78:3,6
79:10,16
80:3 81:16
82:4,8 83:6,
18 86:3,18
87:2,13
88:11,15,21
89:6,24
91:4,24 92:8
94:16,21
98:3,9,24
99:6 100:8
101:7 103:9,
15,24 106:7
107:10 108:8
109:18,22
110:7 114:2
120:17 121:9
122:23
124:23 126:1
127:10
128:12,20
130:4,8
once
  11:23 32:2
  36:24 52:13,
  23 57:6
  71:19 77:14,
  15 88:21
  102:4
  112:20,21
  128:8
one
  5:20 6:7

14:12 25:1,2
26:11 29:20
32:7,12,23
33:8 36:4,6
37:14 46:15
47:16 48:8,
13 54:8
55:13,18
58:10 59:12
70:23,24
71:16,22
80:4,7,11,13
82:15,18,20
83:10,11,12
87:20 88:5
90:7,11
94:19 97:23
98:2 103:24
106:23
107:19,23,25
110:9
111:15,17
115:14
123:13
126:11
127:18,19
one-month
  57:15
one-way
  117:8
online
  27:3 45:7,9,
  12,13,16,21
  46:22 47:19
  48:16,17,22,
  24 50:19
  51:1,19 52:1
  53:5 55:15
  56:10,23
  57:7 58:4,17
  64:5 67:13,
  15 69:3
  79:22 82:13,
  16,22,23
  83:4,23,24
  87:24 88:3
opinion
  118:4

opportunity
  8:6 9:12,16,
  20,24
order
  5:19 29:14
  36:2 57:9
  85:20 91:18
ordered
  67:9
originally
  20:16
OSL
  89:21,22
output
  31:16
outside
  18:16 19:6
  20:5,14
  21:2,4,23
  26:25 27:1
  29:1,4 30:6
  31:12 34:8
  89:19,20,23
  99:3 100:16
  110:10,13,15
  111:3,11
  121:5 124:6
overtly
  42:25 43:6

---

**P**

p.m.
  4:3 130:13
package
  97:24 98:1
page
  68:7 79:1
  80:4,7,11,
  14,15 82:11
  87:3 88:16
  90:18,24,25
  91:13,25
  92:10 94:1,
  12 95:9
  103:18
  105:15

Samuel Desroches
September 27, 2023

106:14
107:11,24
108:1 109:23
126:3

**pages**
80:6 97:2

**paid**
19:24

**paper**
7:17 16:16
27:16 67:16
73:13

**paperwork**
16:21 17:6,
10,11 22:7
26:8 60:3
72:5 73:3

**pardon**
25:19

**part**
7:24 8:18
12:25 72:2,9
94:21 97:1
114:20

**participate**
122:9

**participating**
35:18

**past**
66:12,13

**pause**
92:9

**pay**
13:14,17,20
39:18

**payment**
99:25 100:1,
2

**pays**
17:17

**people**
11:10 23:25
25:1 61:19
65:25 111:21

**people's**
31:18 67:12
81:6 92:13

93:6

**percent**
57:5,6,10,
11,12 121:21

**perceptions**
113:19

**performance**
33:22,25
34:1,4

**period**
46:4 51:20
56:1 58:7,9
65:6

**periodic**
34:24 35:1

**permits**
50:20

**Perry**
7:1,8 11:22
13:3 43:10,
23 44:13,16
62:19,22,23,
25 63:14
109:19
111:24
112:17,21
113:11
116:18
118:25
119:10
120:3,19,22
121:3,4,11,
16,24
122:10,21

**Perry's**
112:22 122:2

**person**
5:20 15:10,
20,23 16:1,
4,6 19:10,15
20:1 23:22
24:22 29:8,
15 46:16
48:7 49:13,
15 51:1,4
52:12 53:1
54:13,16,23
55:5,6 56:24

58:5 63:19
66:19 67:15
68:1,2 70:6
72:19 76:13
82:24 83:7
85:15 88:22
89:17,18
90:1,13
93:7,9,10,
11,15 94:3,4

**person's**
51:6 64:14
66:1 90:14
128:17

**personal**
39:19 40:17,
21 42:11,15,
17,19
119:18,19

**personally**
61:2,5 69:21

**phone**
39:6,10,19
40:17,22
83:19,22,23,
24

**phones**
39:8

**photograph**
117:16 118:1

**photographs**
117:4

**physical**
45:7

**pick**
8:19 29:21
39:13 54:16
109:8

**picked**
109:3

**piece**
67:16 73:13

**pin**
48:5

**place**
37:23 129:25

**plates**
109:10,11

**please**
6:7 8:17

**point**
62:8,12 74:7
112:13 117:9

**points**
126:12 127:4

**polices**
118:17

**policies**
116:20
118:10 119:1
120:4 129:25

**policy**
114:4,11,16,
18,25 116:8
117:24

**Portfolio**
31:24 32:1

**position**
5:2 13:5,13,
16 30:11
62:17 63:15

**positions**
53:9

**possible**
47:24 87:23
102:20
106:12,13,22
107:6

**potential**
24:21 30:2

**potentially**
18:6

**practice**
40:4 42:20

**practices**
38:20

**preparation**
10:7

**present**
64:14 80:20

**pretend**
93:16