# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:23-cv-10050

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELIZABETH COLEMAN,                    \*

        Plaintiff     \*

v.                                    \*

HERB CHAMBERS BMW OF BOSTON,          \*

a/k/a HERB CHAMBERS 1172, INC.;       \*

JOHN DOES I-X,                        \*

        Defendants    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF:

MICHAEL PERRY

Conducted Remotely

October 13, 2023 at 11:04 a.m.



Christine M. Lo Schiavo

Professional Court Reporter

1       Q.    Okay.  And the deal was handed over
2  to finance when?
3       A.    I don't recall the exact date.
4       Q.    Is it the date when Ms. Coleman's
5  credit was pulled in August of 2022?
6       A.    Again, I -- I can't speak on the
7  exact date.  I -- I don't recall.
8       Q.    Okay.  I understand you can't tell
9  me the exact date.  I'm trying to understand
10 what -- what is the moment when you pass something
11 onto financing?
12      A.    So I do believe that I did let her
13 know -- because she was asking a lot of questions
14 about, you know, rates and -- and payments and
15 things like that.  I said, let me get you
16 with -- I don't know if I used Sam's name
17 directly, but with the finance department so they
18 can, you know, go over everything with you.
19            Generally, when I know the car is
20 close to arriving at the dealership is when I
21 would have handed it over.  So it would have been
22 around the time of that communication and when the
23 car was kind of on its way.
24      Q.    Now, at the time that you handed the

1  car over to financing, was it your understanding
2  that financing would then finish the sale process?
3       A.    That is generally their position.
4       Q.    And they do that whether it's being
5  financed through BMW or through a third-party
6  financer?
7       A.    If they --
8             MS. CASS:  Objection.
9             THE WITNESS:  -- purchase the
10       vehicle through us, we have to make sure
11       the paperwork is correct whether it's
12       financed through us or an outside lender,
13       yes.
14       Q.    (By Mr. Deutsch)  Okay.  At the time
15  that you handed the file off to finance, did you
16  inform Ms. Coleman that you were no longer working
17  on this -- the sale of her vehicle?
18       A.    I -- I don't recall.  The sale
19  process was done.  It was really just needed to
20  button up the paperwork.  And I did, to the best
21  of my knowledge, inform her that this is where the
22  next step would be.
23       Q.    Okay.  Did you receive any training
24  at Herb Chambers BMW relating to sexual harassment

```
 1  say just kind of being silly.  Obviously, didn't
 2  really mean that.  Just kind of flirtatious,
 3  that's all.
 4         Q.    And we scroll down, and we're at
 5  the next day; it's 6/30 now, June 30, 2022, at
 6  8:45 a.m.  And at this point, you have known
 7  Ms. Coleman for less than 48 hours, right?
 8               MS. CASS:  Objection.
 9               THE WITNESS:  I mean, I had known
10          her for a little bit longer than that, I
11          would say, but --
12         Q.    (By Mr. Deutsch)  Okay.
13         A.    -- the extent of the inter -- this
14  interaction, sure.
15         Q.    And you wrote to her, "And you may
16  be older but I -- I'll still make you call me
17  daddy."
18               What did you mean by that?
19         A.    Again, being flirtatious, which she
20  didn't seem to object to.
21         Q.    Okay.  So now, if -- we scroll down,
22  and we're still on June 30th.  And Ms. Coleman
23  writes to you, "As I ordered the vehicle, and
24  already had BMW financing in place, will they do
```

Michael Perry
October 13, 2023

1  another hard pull when the car comes or did you

2  already look that up when you stole my license?

3  I'm very careful with credit as the ex hubby was

4  not."

5           And then, you wrote, "You're already

6  approved.  No more pulls, but you can pull mine if

7  you want."

8           What did this line of communication

9  mean?

10      A.    She was referring to a credit pull,

11  so pulling her credit.

12      Q.    Okay.  And at this point, she had

13  expressed to you that she was concerned about

14  having her credit pulled again by Herb Chambers

15  BMW; this was on June 30, 2022, right?

16           MS. CASS:  Objection.

17           THE WITNESS:  I can't see the date.

18      Q.    (By Mr. Deutsch)  Here's the date.

19  Okay?  So on June 30, 2022, Ms. Coleman explains

20  to you that she is worried about having her credit

21  pulled again by BMW, Herb Chambers, right?

22      A.    Correct, yes.

23      Q.    And you reassure her and tell her,

24  you're already approved; there's not going to be

Michael Perry
October 13, 2023

1  another credit pull, right?
2       A.   From my understanding, we had the
3  approval, and -- again, not my department.
4       Q.   Not your department, but you do have
5  some supervisory responsibilities over the finance
6  department?
7       A.   I don't specifically, myself.  I
8  didn't at the time.
9       Q.   Okay.  But you were -- also received
10 some training on how financing would work, right?
11      A.   Yeah.
12      Q.   And you also received some training
13 on -- on when credit pulls could be completed by
14 Herb Chambers?
15      A.   Yes.
16      Q.   And so it was your understanding
17 that there would not be another credit pull?
18      A.   It was my understanding that she
19 should have been all set at this time.
20      Q.   Okay.  And when you say, "But you
21 can pull mine if you want," was that a reference
22 to your penis?
23      A.   Of course, yes.  Being flirtatious.
24      Q.   And if we scroll down just a little

1  thinking of, there was one breast exposed, fully.

2          Q.    Okay.  And do you recall when in the
3  course of communications that was?

4          A.    It was pretty early on.  It
5  wasn't -- like I said, I mean, it's -- the
6  flirtation started right away.

7          Q.    Okay.  Ms. Coleman then says, "I
8  need to cancel my lease because I will go over the
9  mileage if you are being serious."

10               Do you know what she's talking about
11 there?

12         A.    Well, we had talked about seeing
13 each other more, and she lives -- I forgot, what
14 is it -- over 100 miles away.  So she would
15 have -- she was thinking about doing a lot of
16 driving back and forth, so she was kind of toying
17 with leasing versus buying the car because she was
18 concerned about the mileage.

19         Q.    Yeah.  So the -- the -- the personal
20 relationship that you guys were developing, over
21 these first few days of talking to each other,
22 was -- was weighing on her in the decision-making
23 process for how to obtain the car; is -- was that
24 your understanding?

Michael Perry
October 13, 2023

1       A.      There was --
2               MS. CASS:  Objection.
3               THE WITNESS:  Sorry.  I -- I would
4       say there was somewhat of a developing
5       relationship, you know.
6       Q.      (By Mr. Deutsch)  And Ms. Coleman
7  asks, "How long do I have to back out of the
8  lease?"
9               And these following text messages,
10 you did not answer that question, right?
11      A.      I think I had spoken with her
12 before that, you know, she -- more than welcome
13 to -- you -- she can cancel at any time, and I did
14 actually respond to her asking about losing her
15 deposit, where I said, "Of course not."
16      Q.      Okay.  And then she asks, "Why don't
17 you send me info to up the miles tomorrow.  Badis
18 never even reviewed that.  I'm guessing with your
19 situation I would be coming out there more than
20 you here."  Then she continues, "I'm 90 minutes
21 away from you; you said that very early on in your
22 texts.  Distance, are you the type to get
23 frustrated by that?"
24              And you responded, "I can take care

Michael Perry
October 13, 2023

1  of that.  You literally have a inside man who
2  wants to be inside you."
3              And what did you mean by that?
4       A.     Honestly, I don't really recall.  I
5  mean, again, just being flirtatious, it looks like
6  to me.
7       Q.     When you said, "Who wants to be
8  inside you," is that a reference to having sex
9  with Ms. Coleman?
10      A.     I think that's pretty obvious, yes.
11      Q.     And then you write to Ms. Coleman,
12 that same day, I -- "I'm not a fan of condoms
13 either but I take life as it cums."
14             What did you mean by that?
15      A.     It -- it --it looks like I was just
16 joking and being flirtatious.
17      Q.     Okay.  And if we still scrolling
18 down again, we're still on -- on July 1st
19 here.  And you write to Ms. Coleman -- well,
20 Ms. -- Ms. Coleman writes to you, "Sleep now."
21             And you write, "I will.  But I'll
22 dream about your potential tits.  I like you.  And
23 that's not the tequila talking."
24             Had you been drinking at this

Michael Perry
October 13, 2023

1  point in the evening when you were speaking with
2  Ms. Coleman?
3         A.    I -- I don't recall.
4         Q.    Well, would it have been common for
5  you to say that it's not the tequila talking if
6  you had not been drinking?
7         A.    I -- I honestly don't recall.  I
8  mean, maybe if she thought that was the case, and
9  I was just confirming that was not the case.  I
10 don't know.  I really don't recall.
11        Q.    All right.  So we've -- continue on
12 that same day, and Ms. Coleman -- Ms. Coleman
13 starts talking to you about the car again.  And
14 she says, "So, if I changed the purchase would
15 that be a pain in the ass?
16              And you write, "No reason.  Not at
17 all."
18              And then she writes, "My credit
19 union is offering 1.99.  And .25 off if it comes
20 out of my check.  I was thinking of having them
21 run numbers.  I think it put my payment below the
22 lease payment and then no mileage cap.  As I am
23 now concerned about mileage for some strange
24 reason.  I didn't have that concern four days

1  ago."
2              And you wrote, "Why ever would that
3  be a concern I wonder."
4              Then she wrote, "Idk."
5              And then you write, "That's a good
6  rate.  I got 2.39 when I bought out my Durango
7  even though I never drive it.  I just keep it for
8  grocery shopping and when we all have to go
9  somewhere, which is rare."
10             This is the second time that
11 Ms. Coleman brought up that her credit union was
12 offering a 1.99 rate, with an additional quarter
13 percentage discount if it came off her check,
14 right?
15             MS. CASS:  Objection.
16      Q.    (By Mr. Deutsch)  We had looked
17 at --
18      A.    So it did -- she was also
19 communicating with Badis at the time, too, so
20 there was not just our back and forth, but there
21 was their back and forth as well, about financing
22 versus leasing; there was quite a bit of it.  It
23 was pretty constant.
24      Q.    And in this text chain with you,

1  this is the second time that she brought this up?

2        A.    I'd have to go back and read it.

3        Q.    I'll go back up to page 362, where

4  we talked about it before.

5        A.    I recall the other time.  I

6  just -- I -- there was a lot we went through that

7  I didn't review.

8        Q.    Yeah, that's fine.  So -- so here,

9  we had looked at this before; this is on page 362.

10 And she says, "I ask because my credit union sent

11 out a 1.99 financing offer, and a .25 reduction if

12 payment was auto-paid biweekly."

13       A.    Right.

14       Q.    Do you recall talking about that

15 earlier?

16       A.    I -- I -- yeah -- I do, that -- this

17 time, yes.

18       Q.    Okay.

19       A.    But again, as I mentioned, there was

20 more than just mine and her communication

21 regarding this.  She was communicating pretty

22 consistently with Badis about going back and forth

23 between financing and leasing the car.

24       Q.    Uh-huh.  Now, Ms. Coleman, again, at

| | |
|---|---|
| 1 | this point in the conversation, after you tell her |
| 2 | that that's a good rate and talk about the |
| 3 | Durango, she says, "I don't (sic) want another |
| 4 | credit pull."  So she's identifying -- |
| 5 |       MS. CASS:  Objection. |
| 6 |   Q.   (By Mr. Deutsch)  -- that again. |
| 7 |       MS. CASS:  Objection.  That actually |
| 8 | says -- it says, "I didn't." |
| 9 |       MR. DEUTSCH:  I didn't -- sorry. |
| 10 | Thank you. |
| 11 |   Q.   (By Mr. Deutsch)  "I didn't want |
| 12 | another credit pull." |
| 13 |       Did you understand, at this point, |
| 14 | that Ms. Coleman was very concerned about her |
| 15 | credit? |
| 16 |   A.   Yes.  We actually did discuss this. |
| 17 | She talked about this with Badis.  She's |
| 18 | referring to if she applies through her credit |
| 19 | bureau (sic), they would be pulling her credit |
| 20 | again; it would not be us. |
| 21 |   Q.   Got it. |
| 22 |   A.   That's what she was talking about. |
| 23 |   Q.   Okay.  So now we can go to -- to |
| 24 | page 400, and now we're on July 2nd of 2022. |

Michael Perry
October 13, 2023

1      Q.    (By Mr. Deutsch)  Okay.  Now, if

2  we go down to -- a couple of pages here.  I'm

3  going to go to page 404.  There's a point here

4  where -- where you write to Ms. Coleman, "It's my

5  work email.  Gutta keep it professional."

6            What did you mean by that?

7      A.    I -- I'm not even sure what context

8  this is in relation to, so I'm not sure.

9      Q.    Okay.  It's fair to say that the

10 exchanges in these text messages, particularly

11 reference the sex from you, et cetera, you would

12 not have made if you were communicating via the

13 app at Herb Chambers, right?

14     A.    I don't believe anybody would be

15 sending personal messages through any work

16 communication device, in any aspect.

17     Q.    And on the next page, at -- at page

18 405, Ms. Coleman writes to you and says, "I just

19 responded to your work email with a picture of my

20 tits."

21           And you wrote, "You just gave me a

22 heart attack."

23           What did you mean by that?

24     A.    Oh, I think it's pretty obvious that

Michael Perry
October 13, 2023

1  if she had sent a picture like that to my work

2  email, that could create problems.  Again, that'd

3  be very personal, too personal to send.

4       Q.    And then you wrote, "If I get fired

5  you're definitely not getting a good deal."

6             What did you mean by that?

7       A.    Again, we're obviously playing with

8  each other back and forth.

9       Q.    Okay.  Now, that same day -- we're

10  still on July 2nd, and you wrote to Ms. Coleman,

11  "I am the VIP reward.  Being with me gets you

12  special treatment from the entire store."

13             What did you mean by that?

14       A.    Being -- just being flirtatious.

15       Q.    And was there a way for you to know

16  that Ms. Coleman did not believe this to be fact,

17  that she was going to get special treatment from

18  the entire store as a result of being intimate

19  with you?

20       A.    It --

21             MS. CASS:  Objection.

22             THE WITNESS:  I would say it was my

23       belief that she understood that I was being

24       flirtatious, as she responded in such many