# EXHIBIT F

# MOTOR VEHICLE PURCHASE CONTRACT

**Herb Chambers BMW of Boston**
1168 Commonwealth Avenue
Boston, MA 02134
(617) 731-1700
http://www.herbchambers.com

FOR CONSUMER USE ONLY

| DATE 08/04/2022 | ORDER No. | STOCK NO. | | SALESPERSON Badis Boussetta | DMS EMPLOYEE # 145884 |
|---|---|---|---|---|---|

| PURCHASER'S NAME(S) Elizabeth M Coleman | EMAIL @gmail.com | STREET ADDRESS |
|---|---|---|

| CITY/STATE/ZIP LONGMEADOW MA 01106-1307 | CELL PHONE (413) | HOME PHONE (413) | BUSINESS PHONE (413) |
|---|---|---|---|

ENTER MY ORDER FOR [ ] (QUANTITY)   NEW ✔   USED ☐   FORMER USE (if applicable) ☐   DEMONSTRATOR ☐   FORMER LEASED CAR ☐   POLICE CAR ☐   FORMER DAILY RENTAL ☐   REBUILT INSURANCE TOTAL ☐   TAXI CAB ☐

| Year 2022 | Make BMW | Model X3 | Body Style/Type | Model No. | Transmission Standard ✔ Automatic | (Speeds) | Cyl. | Pass | Doors |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Identification No. 5UX53DP09N9N35047 | Color 1st BLACK 2nd 3rd | Interior 1st BLACK 2nd 3rd | Top | Odometer mi. ✔ km. ✔ | Approx. Delivery Date |
|---|---|---|---|---|---|

**TRADE-IN**    Year 2015    Make BMW

| Model 5 Series 528i xDriv | Type | Color |
|---|---|---|

V.I.N. WBA5A7C57FG143477

| Odometer 52,689 (mi. ☐ km. ☐) | Transmission ☐ Standard (Speeds) ☐ Auto |
|---|---|

| No of Cyl. | Pass. | Doors |
|---|---|---|

Salvage Title   Yes ☐   No ☐

PREVIOUS OWNER

City/State/Zip

LIENHOLDER

Address

City/State/Zip

| Acct. No. | Check No. |
|---|---|

Balance Due

Additional Information - Vehicle Purchased

LIENHOLDER

Address

City/State/Zip

INSURANCE CO.

Agent/Branch

Address/City

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

**REGISTRATION FEE/TITLE FEE SALES TAX**

| Application for Title ☐ | |
|---|---|
| Application for Reg ☐ New ☐ Transfer | |
| Registration No. | |
| Registration Fee | |
| Title Fee | |
| Mass. Sales Tax | $3,399.00 |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| Employer ID No. | |
|---|---|
| Email Address @gmail.com | |
| Price of Unit | $54,920.00 |
| Additional Equipment/Items | |

$2000 deposit in house

| Final price with taxes and fees | $55,738.69 |
|---|---|

**Dealer Installed Accessories**

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [ ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER

Purchaser's Initials [ ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding have been made or entered into.

Purchaser Signature

Co-Purchaser Signature

Approved Authorized Dealer Representative

| 1. Total Price | |
|---|---|
| 2. Discount | $1,197.99 |
| 3. Trade-In Allowance | |
| 4. Rebate | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | -$1,197.99 |
| 6. Documentary Preparation | $459.00 |
| 7. Title Preparation | $5.00 |
| 8. *Mass. Sales Tax 6.250 % of line 5, 6 & 7) | $3386.98 |
| 9. Other | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | |
| 11. Balance Due on Trade-In | |
| 12. Subtotal (Total of lines 10 & 11) | |
| 13. Deposit | |
| 14. Amount to be Financed | |
| 15. Cash Due on Delivery | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | $55,738.69 |

3141: EntId: 3777966 / EvtId: 12423154    Generated by **DealerSocket**®    8/4/2022 2:28:24 PM

CONFIDENTIAL    HC00000345

**ADDITIONAL PROVISIONS**

(a) I agree to accept delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and to pay the cash due on delivery simultaneously with its delivery.

(b) If I traded a car or truck to you and failed to take delivery, as aforesaid, you agree- (i) if the trade-in has not been sold or disposed of, to return it to me upon payment of reasonable storage charges for the period I left it in your possession together with all expenses incurred by you in reconditioning it, repairing it and preparing it for sale; or (ii) if the trade-in has been disposed of, to pay me an amount equal to the actual sales price less a selling commission in the amount of twenty percent (20%) of the sales price and all expenses incurred by you in reconditioning it, repairing it and preparing it for sale.

(c) If the car or truck to be traded in is not to be delivered to you until I take delivery of the vehicle purchased by me, it is agreed and understood that the trade-in may be reappraised at such time, and, in accordance with and subject to limitations imposed by applicable law or regulation, the cash difference to be paid byrne on delivery will be adjusted accordingly.

(d) If the vehicle purchased by me is not in inventory and must be ordered from the manufacturer, it is agreed and understood that the manufacturer may change prices under certain circumstances permitted by applicable law, colors, materials, equipment, specifications and models and also discontinue the manufacturer of the same or any component thereof. If I do not agree in writing to any such change and to pay any lawful additional cost charged by the manufacturer, this Motor Vehicle Purchase Contract shall be deemed cancelled by me, and you will promptly refund my deposit, return my trade-in (if it has not been disposed of) or, if it has been disposed of, pay the net proceeds derived from its sale computed as set forth above.

(e) I acknowledge that delays may be experienced by you in obtaining the vehicle purchased by me which are beyond your control. You will keep me informed of the progress of this transaction and if delays may be encountered.

(f) In the event I take delivery of the vehicle purchased by me and pay all or any portion of the price (including deposit) in any manner other than by cash or by bank or certified check, title thereto shall not pass until payment has been finally settled. In the event any uncertified personal check or other form of payment is for any reason whatsoever dishonored or refused, you shall have a security interest in and to said vehicle and the rights and remedies of a secured party under the Uniform Commercial Code. In the event the amount quoted by me or the holder of any lien covering the trade-in is not correct and the amount necessary to satisfy any such lien exceeds the amount taken into account in the obverse side of this Motor Vehicle Purchase Contract, I agree to pay such deficiency immediately upon demand therefor. In the event I fail to disclose the existence of a lien covering the trade-in and you pay or otherwise satisfy the same, you shall have a security interest in and to the vehicle purchased by me and the rights and remedies of a secured party under the Uniform Commercial Code.

(g) I agree to pay all costs incurred by you, including reasonable attorneys' fees, in enforcing your rights under this Motor Vehicle Purchase Contract.

(h) I represent and warrant that no credit other than that stated herein has been extended to me by you. I represent and warrant that I have read and understand the materials printed on this Motor Vehicle Purchase Contract. I acknowledge receipt of a signed copy of this Motor Vehicle Purchase Contract.

**(IF THIS CONTRACT COVERS A USED CAR, THE INFORMATION YOU SEE ON THE WINDOW FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.)**

ATTENTION PURCHASER: As required by MGL. C.90, § 7N, If you as the purchaser have mechanical or operating problems or if this vehicle does not pass a Massachusets safely inspection within seven (7) days of purchase, you should notify the dealer immediately. He may be required to fix the vehicle or refund your money. This vehicle is covered by the implied warranties of merchantability and fitness for a particular purpose. THESE IMPLIED WARRANTIES ARE IN ADDITION TO ANY OTHER WARRANTIES GIVEN BY THE DEALER.

Customer Initial   Co-Customer Initial

CONFIDENTIAL                                                                                                    HC00000346

# MOTOR VEHICLE
# PURCHASE CONTRACT

**Herb Chambers BMW of Boston**
1168 Commonwealth Avenue
Boston, MA 02134
(617) 731-1700
http://www.herbchambers.com

FOR CONSUMER
USE ONLY

| DATE | ORDER No. | | STOCK NO. | | SALESPERSON | DMS EMPLOYEE # |
|---|---|---|---|---|---|---|
| 08/02/2022 | | | | | Badis Boussetta | 145884 |

| PURCHASER'S NAME(S) | EMAIL | STREET ADDRESS |
|---|---|---|
| Elizabeth M Coleman | ▨@gmail.com | ▨ |

| CITY/STATE/ZIP | CELL PHONE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| LONGMEADOW MA 01106-1307 | (413) ▨ | (413) ▨ | (413) ▨ |

| ENTER MY ORDER FOR | NEW ☑ / USED ☐ (QUANTITY) | FORMER USE (if applicable) | ☐ DEMONSTRATOR ☐ FORMER LEASED CAR | ☐ POLICE CAR ☐ FORMER DAILY RENTAL | ☐ REBUILT INSURANCE TOTAL ☐ TAXI CAB |
|---|---|---|---|---|---|

| Year | Make | Model | Body Style/Type | Model No. | Transmission | Cyl. | Pass | Doors |
|---|---|---|---|---|---|---|---|---|
| 2022 | BMW | X3 | | | Standard ☑ (Speeds) Automatic ☐ | 4 | 5 | 4 |

| Vehicle Identification No. | Color 1st | | Interior 1st | | Top | Odometer | Approx. Delivery Date |
|---|---|---|---|---|---|---|---|
| 5UX53DP09N9N35047 | 2nd | BLACK | 2nd | BLACK | | mi. ☐ km. ☐  25 | |
| | 3rd | | 3rd | | | | |

| TRADE-IN | Year | Make |
|---|---|---|
| Model | Type | Color |
| V.I.N. | | |
| Odometer | (mi.☐ km.☐) | |
| Transmission ☐ Standard (Speeds) | ☐ Auto | |
| No of Cyl. | Pass. | Doors |
| Salvage Title | Yes ☐ No ☐ | |
| PREVIOUS OWNER | | |
| City/State/Zip | | |
| LIENHOLDER | | |
| Address | | |
| City/State/Zip | | |
| Acct. No. | Check No. | |
| Balance Due | | |
| Additional Information - Vehicle Purchased | | |
| LIENHOLDER | | |
| Address | | |
| City/State/Zip | | |
| INSURANCE CO. | | |
| Agent/Branch | | |
| Address/City | | |

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

**REGISTRATION FEE/TITLE FEE SALES TAX**

| | |
|---|---|
| Application for Title ☐ | |
| Application for Reg ☐ New ☐ Transfer | |
| Registration No. | |
| Registration Fee | |
| Title Fee | |
| Mass. Sales Tax | $3,399.00 |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| | |
|---|---|
| Employer ID No. | |
| Email Address ▨@gmail.com | |
| **Price of Unit** | **$54,920.00** |
| Additional Equipment/Items | |

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [          ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER
Purchaser's Initials [          ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and the purchaser and no other agreement or understanding has been made or entered into.

_____
Purchaser Signature

_____
Co-Purchaser Signature

_____
Approved Authorized Dealer Representative

Dealer Installed Accessories

| | | |
|---|---|---|
| 1. Total Price | | $54,920.00 |
| 2. Discount | $1,000.00 | |
| 3. Trade-In Allowance | | |
| 4. Rebate | | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | | $53,920.00 |
| 6. Documentary Preparation | | $459.00 |
| 7. Title Preparation | | $5.00 |
| 8. *Mass Sales Tax ( 6.250 % of line 5, 6 & 7) | | $3,399.00 |
| 9. Other | | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8 & 9) | | $57,783.00 |
| 11. Balance Due on Trade-In | | |
| 12. Subtotal (Total of lines 10 & 11) | | $57,783.00 |
| 13. Deposit | | |
| 14. Amount to be Financed | $57,950.50 | |
| 15. Cash Due on Delivery | -$167.50 | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | | $57,783.00 |

3141: EntId: 3777956 / EvtId: 12423154

Generated by **DealerSocket®**

8/2/2022 3:35:53 PM

CONFIDENTIAL

HC00000347

# MOTOR VEHICLE PURCHASE CONTRACT

**Herb Chambers BMW of Boston**
1168 Commonwealth Avenue
Boston, MA 02134
(617) 731-1700
http://www.herbchambers.com

FOR CONSUMER USE ONLY

| DATE 08/04/2022 | ORDER No. | STOCK NO. | | SALESPERSON Badis Boussetta | DMS EMPLOYEE # 145884 |
|---|---|---|---|---|---|

| PURCHASER'S NAME(S) Elizabeth M Coleman | EMAIL @gmail.com | STREET ADDRESS 35 EDGEWOOD AVE |
|---|---|---|

| CITY/STATE/ZIP LONGMEADOW MA 01106-1307 | CELL PHONE (413) | HOME PHONE (413) | BUSINESS PHONE (413) |
|---|---|---|---|

ENTER MY ORDER FOR [ ] (QUANTITY)  NEW ✓  USED [ ]  FORMER USE (if applicable)  [ ] DEMONSTRATOR  [ ] FORMER LEASED CAR  [ ] POLICE CAR  [ ] FORMER DAILY RENTAL  [ ] REBUILT INSURANCE TOTAL  [ ] TAXI CAB

| Year 2022 | Make BMW | Model X3 | Body Style/Type | Model No. | Transmission Standard [ ] Automatic ✓ (Speeds) | Cyl. | Pass | Doors |
|---|---|---|---|---|---|---|---|---|

| Vehicle Identification No. 5UX53DP09N9N35047 | Color 1st BLACK 2nd 3rd | Interior 1st BLACK 2nd 3rd | Top | Odometer mi. ✓ km. [ ] | Approx. Delivery Date |
|---|---|---|---|---|---|

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

| TRADE-IN | Year | Make |
|---|---|---|
| Model | Type | Color |
| V.I.N. | | |
| Odometer | (mi.) km. | |
| Transmission Standard (Speeds) | Auto | |
| No of Cyl. | Pass. | Doors |
| Salvage Title Yes [ ] No [ ] | | |
| PREVIOUS OWNER | | |
| City/State/Zip | | |
| LIENHOLDER | | |
| Address | | |
| City/State/Zip | | |
| Acct. No. | Check No. | |
| Balance Due | | |
| Additional Information - Vehicle Purchased | | |
| LIENHOLDER | | |
| Address | | |
| City/State/Zip | | |
| INSURANCE CO. | | |
| Agent/Branch | | |
| Address/City | | |

Employer ID No.
Email Address @gmail.com

| Price of Unit | $54,920.00 |
|---|---|

Additional Equipment/Items

**REGISTRATION FEE/TITLE FEE SALES TAX**

| Application for Title [ ] | |
|---|---|
| Application for Reg [ ] New [ ] Transfer | |
| Registration No. | $2000 deposit in house |
| Registration Fee | |
| Title Fee | Final price with taxes and fees $55,738.69 |
| Mass. Sales Tax | $3,399.00 |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [            ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER
Purchaser's Initials [            ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

**Dealer Installed Accessories**

| 1. Total Price | |
|---|---|
| 2. Discount | $1,197.99 |
| 3. Trade-In Allowance | |
| 4. Rebate | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | -$1,197.99 |
| 6. Documentary Preparation | $459.00 |
| 7. Title Preparation | $5.00 |
| 8. *Mass. Sales Tax 6.250 % of line 5, 6 & 7 | $3386.69 |
| 9. Other | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | |
| 11. Balance Due on Trade-In | |
| 12. Subtotal (Total of lines 10 & 11) | |
| 13. Deposit | |
| 14. Amount to be Financed | |
| 15. Cash Due on Delivery | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | $55,738.69 |

Purchaser Signature

Co-Purchaser Signature

Approved Authorized Dealer Representative

3141: Entld: 3777966 / Evtld: 12423154

Generated by **DealerSocket®**

8/4/2022 2:28:24 PM

CONFIDENTIAL

HC00000348

# ADDITIONAL PROVISIONS

(a) I agree to accept delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and to pay the cash due on delivery simultaneously with its delivery.

(b) If I traded a car or truck to you and failed to take delivery, as aforesaid, you agree- (i) if the trade-in has not been sold or disposed of, to return it to me upon payment of reasonable storage charges for the period I left it in your possession together with all expenses incurred by you in reconditioning it, repairing it and preparing it for sale; or (ii) if the trade-in has been disposed of, to pay me an amount equal to the actual sales price less a selling commission in the amount of twenty percent (20%) of the sales price and all expenses incurred by you in reconditioning it, repairing it and preparing it for sale.

(c) If the car or truck to be traded in is not to be delivered to you until I take delivery of the vehicle purchased by me, it is agreed and understood that the trade-in may be reappraised at such time, and, in accordance with and subject to limitations imposed by applicable law or regulation, the cash difference to be paid by me on delivery will be adjusted accordingly.

(d) If the vehicle purchased by me is not in inventory and must be ordered from the manufacturer, it is agreed and understood that the manufacturer may change prices under certain circumstances permitted by applicable law, colors, materials, equipment, specifications and models and also discontinue the manufacturer of the same or any component thereof. If I do not agree in writing to any such change and to pay any lawful additional cost charged by the manufacturer, this Motor Vehicle Purchase Contract shall be deemed cancelled by me, and you will promptly refund my deposit, return my trade-in (if it has not been disposed of) or, if it has been disposed of, pay the net proceeds derived from its sale computed as set forth above.

(e) I acknowledge that delays may be experienced by you in obtaining the vehicle purchased by me which are beyond your control. You will keep me informed of the progress of this transaction and if delays may be encountered.

(f) In the event I take delivery of the vehicle purchased by me and pay all or any portion of the price (including deposit) in any manner other than by cash or by bank or certified check, title thereto shall not pass until payment has been finally settled. In the event any uncertified personal check or other form of payment is for any reason whatsoever dishonored or refused, you shall have a security interest in and to said vehicle and the rights and remedies of a secured party under the Uniform Commercial Code. In the event the amount quoted by me or the holder of any lien covering the trade-in is not correct and the amount necessary to satisfy any such lien exceeds the amount taken into account in the obverse side of this Motor Vehicle Purchase Contract, I agree to pay such deficiency immediately upon demand therefor. In the event I fail to disclose the existence of a lien covering the trade-in and you pay or otherwise satisfy the same, you shall have a security interest in and to the vehicle purchased by me and the rights and remedies of a secured party under the Uniform Commercial Code.

(g) I agree to pay all costs incurred by you, including reasonable attorneys' fees, in enforcing your rights under this Motor Vehicle Purchase Contract.

(h) I represent and warrant that no credit other than that stated herein has been extended to me by you. I represent and warrant that I have read and understand the materials printed on this Motor Vehicle Purchase Contract. I acknowledge receipt of a signed copy of this Motor Vehicle Purchase Contract.

**(IF THIS CONTRACT COVERS A USED CAR, THE INFORMATION YOU SEE ON THE WINDOW FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.)**

ATTENTION PURCHASER: As required by MGL. C.90, § 7N, If you as the purchaser have mechanical or operating problems or if this vehicle does not pass a Massachusets safely inspection within seven (7) days of purchase, you should notify the dealer immediately. He may be required to fix the vehicle or refund your money. This vehicle is covered by the implied warranties of merchantability and fitness for a particular purpose. THESE IMPLIED WARRANTIES ARE IN ADDITION TO ANY OTHER WARRANTIES GIVEN BY THE DEALER.

Customer Initial     Co-Customer Initial

CONFIDENTIAL                                                                 HC00000349