# EXHIBIT H

**Quote Worksheet**

**Quote Worksheet - Purchase** c

**Quote Worksheet**

| | | | | | |
|---|---|---|---|---|---|
| | Quote No.: | 522690 | 17. | CL/A&H Code: | NO |
| 1. | Contract Date: | 08/04/22 | 18. | CL Premium: | |
| 2. | Fin Inst: | CASH | 19. | A&H Premium: | |
| 3. | Buyer Residence (W): | | 20. | AfterMarket (W): | |
| 4. | Cust Name: | | 21. | Fee/Options (W): | $ 629.00 |
| 5. | Stock Number: | | 22. | VSI Fee $0.00: | |
| 6. | APR: | | 23. | PPI Fee $0.00: | |
| 7. | Term: | | 24. | Taxes (W): | $ 3,386.69 |
| 8. | M.S.R.P.: | $ 54,920.00 | 25. | DaysTo/1stPmtDate: | 09/18/22 |
| 9. | Cash Price: | $ 53,723.00 | 26. | Payment: | $ 55,738.69 |
| 10. | Cash Down: | | | | |
| 11. | Deposit: | $ 2,000.00 | | Sale Subtotal: | $ 51,723.00 |
| 12. | Rebate: | | | Total Financed: | $ 55,738.69 |
| 13. | Trade Allow (W): | | | Finance Charge: | |
| | Total Down: | $ 2,000.00 | | Total Other Charges: | |
| 14. | Service Contract: | | | Total of Payments: | $ 55,738.69 |
| 15. | GAP Protection: | | | Deferred Price: | |
| 16. | Maint Plan | | | Unpaid Balance: | $ 55,738.69 |

**Command Window**

Command (?):

Enter a command, a field number, or press a function key. Enter ? for help.

| F3-Sv/Ex | F5-RRecall | F6-Cust | F7-Veh | F8-Trd | F10-Misc | SF11-> |
|---|---|---|---|---|---|---|



CONFIDENTIAL

HC00000078