# EXHIBIT I

**MOTOR VEHICLE PURCHASE CONTRACT**
94992

HERB CHAMBERS BMW, INC.
1168 COMMONWEALTH AVENUE
BOSTON, MA 02134

FOR CONSUMER USE ONLY
CUST #136651
DEAL #322690

| DATE | Sep 08, 2022 | ORDER NO. | STOCK NO. 42030 | SALESPERSON BADIS BOUSETTA |
|---|---|---|---|---|

PURCHASER'S NAME(S) ("I" or "Me")
**ELIZABETH MARY COLEMAN**

CITY/STATE/ZIP
**LONGMEADOW MA 01106-1307**

STREET ADDRESS

BUSINESS PHONE

| ENTER MY ORDER FOR | [ **ONE** (QUANTITY) | NEW ☒ USED ☐ | FORMER USE (IF APPLICABLE) | DEMONSTRATOR ☐ FORMER LEASED CAR ☐ | POLICE CAR ☐ FORMER DAILY RENTAL ☐ | REBUILT INSURANCE TOTAL ☐ TAXICAB ☐ |
|---|---|---|---|---|---|---|

| Year | Make | Model Name | | Body Style/Type | Model No. | Transmission (Speeds) | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | BMW | X3 30I | UT | | 22XD | Standard ☐ Automatic ☐ | | | |

| Vehicle Identification No. 5UX53DP09N9N35047 | Color 1st 2nd 3rd BLACK | Interior 1st 2nd 3rd KHSW | Top | Odometer ml. ☐ km. ☒ 55 | Approx. Delivery Date 09/08/2022 |
|---|---|---|---|---|---|

| TRADE IN | Year 2015 | Make BMW |
|---|---|---|

| Model | Type SD | Color |
|---|---|---|

V.I.N. WBA5A7C57FG143477

| Odometer 53528 | (ml. ☒ /km.☐) |
|---|---|

Transmission ☐ Standard (Speeds) _____ ☐ Auto

| No. of Cyl. | Pass. | Doors. |
|---|---|---|

Salvage Title   Yes ☐   No ☒

**PREVIOUS OWNER**

City/State/Zip

**LIENHOLDER PIONEER VALLEY CREDIT**

Address

City/State/Zip

| Acct. No. | Check No. |
|---|---|

Balance Due $ 14500.00

**Additional Information-Vehicle Purchased**

LIENHOLDER **PIONEER VALLEY FEDERAL CREDIT UNION**

Address 246 BROOKDALE DR

City/State/Zip SPRINGFIELD MA 01104

INSURANCE CO. GEICO

Agent/Branch GEICO

Address/City

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $_____ 2000.00 may, at your option, be retained by you to compensate you in whole or in part for any loss sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

*Purchaser's Initials [        ]*

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.

*Purchaser's Initials [        ]*

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

Both pages of this order comprise the entire agreement between the dealer and purchaser, and no other agreement or understanding has been made or entered into.

*Purchaser's Signature*
N/A

*Co-Purchaser's Signature*

*Authorized Dealer Representative*

### WARRANTY INFORMATION

This vehicle carries an express warranty. Purchaser may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

**REGISTRATION FEE/TITLE FEE**
**SALES TAX**

| | | |
|---|---|---|
| Application for Title ☐ | | |
| Application for Reg. ☐ New ☐ Transfer | | |
| Registration No. | | |
| Registration Fee | $ | 130.00 |
| Title Fee | $ | N/A |
| Mass. Sales Tax | $ | 2230.44 |

*Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| E-mail Address _____@gmail.com | |
|---|---|
| Price of Unit | $ 53723.00 |
| | N/A |
| | N/A |
| Additional Equipment/Items | |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| **Dealer Installed Accessories** | |
| **OTHER FEES: (SEE LINE 9)** | |
| **INSPECTION FEE** | 35.00 |
| **STATE REG** | 130.00 |

| | | | |
|---|---|---|---|
| 1. Total Price | | $ | 53888.00 |
| 2. Discount | $ | N/A | |
| 3. Trade-In Allowance | $ 18500.00 | | |
| 4. Rebate(s) | $ | N/A | |
| | $ | | |
| 5. Trade Difference (line 1 minus lines 2, 3 & 4) | | $ | 35388.00 |
| 6. Documentary Preparation | | $ | 459.00 |
| 7. Title Preparation | | $ | 5 00 |
| 8. *Mass. Sales Tax ( 6.25 % of lines 5, 6 & 7) | | $ | 2230.44 |
| 9. Other (SEE ABOVE) | | $ | 165.00 |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8 & 9) | | $ | 38082.44 |
| 11. Balance Due on Trade-In | | $ | 14500.00 |
| 12. Subtotal (Total of lines 10 & 11) | | $ | 52582.44 |
| 13. Deposit | | | 2000.00 |
| 14. Amount to be Financed | | | 50582.44 |
| 15. Cash Due on Delivery | | | N/A |
| 16. TOTAL PAYMENT (Total of lines 13, 14 &15) (line 16 must equal line 12) | | $ | 52582.44 |

Customer Initials _____   Co-Customer Initials ____ N/A ____   Page 1 of 2

FORM NO. MSADA-102-7714_e Rev. 2/14   ©2014 The Reynolds and Reynolds Company   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
50604*1*12-El

CONFIDENTIAL

HC00000355