# EXHIBIT J

**MOTOR VEHICLE PURCHASE CONTRACT**
95859

**HERB CHAMBERS T172 INC**
1168 COMMONWEALTH AVENUE
BOSTON, MA  02134

FOR CONSUMER USE ONLY
CUST #136651
DEAL #322690

| DATE | Sep 10 2022 | ORDER NO. | STOCK NO. 42030 | SALESPERSON BADIS BOUSETTA |
|---|---|---|---|---|

PURCHASER'S NAME(S) ("I" or "Me")
**ELIZABETH MARY COLEMAN**

STREET ADDRESS

CITY/STATE/ZIP
**LONGMEADOW   MA   01106-1307**

HOME PHONE

BUSINESS PHONE

| ENTER MY ORDER FOR | ONE (QUANTITY) | NEW ☒ USED ☐ | FORMER USE (IF APPLICABLE) | DEMONSTRATOR ☐ FORMER LEASED CAR ☐ | POLICE CAR ☐ FORMER DAILY RENTAL ☐ | REBUILT INSURANCE TOTAL ☐ TAXICAB ☐ |
|---|---|---|---|---|---|---|

| Year 2022 | Make BMW | Model Name X3 30I | Body Style/Type UT | Model No. 22XD | Transmission Standard ☐ Automatic ☐ | (Speeds) | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Identification No. 5UX53DP09N9N35047 | Color 1st 2nd 3rd BLACK | Interior 1st 2nd 3rd KHSW | Top | Odometer mi. ☒ km. ☐ 55 | Approx. Delivery Date 09/10/2022 |
|---|---|---|---|---|---|

| TRADE IN | Year 2015 | Make BMW |
|---|---|---|
| Model | Type SD | Color |

V.I.N. WBA5A7C57FG143477
Odometer 53528 (mi. ☒ /km. ☐)
Transmission ☐ Standard (Speeds) ☐ Auto
No. of Cyl.   Pass.   Doors.
Salvage Title Yes ☐ No ☒

PREVIOUS OWNER

City/State/Zip

LIENHOLDER PIONEER VALLEY CREDIT
Address
City/State/Zip
Acct. No.   Check No.
Balance Due $ 14500.00
Additional Information-Vehicle Purchased

LIENHOLDER PIONEER VALLEY FEDERAL CREDIT UNION
Address 246 BROOKDALE DR
City/State/Zip SPRINGFIELD MA 01104
INSURANCE CO. GEICO
Agent/Branch GEICO
Address/City

**WARRANTY INFORMATION**
This vehicle carries an express warranty. Purchaser may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

REGISTRATION FEE/TITLE FEE
SALES TAX

Application for Title ☐
Application for Reg. ☐ New ☐ Transfer
Registration No.

| | | |
|---|---|---|
| Registration Fee | $ | 130.00 |
| Title Fee | $ | N/A |
| Mass. Sales Tax | $ | 2230.44 |

*Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| E-mail Address _____@gmail.com | | |
|---|---|---|
| Price of Unit | $ | 53723.00 |
| | | N/A |
| Additional Equipment/Items | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $ **2000.00** may, at your option, be retained by you to compensate you in whole or in part for any loss sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [     ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.

Purchaser's Initials [     ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) the contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

Both pages of this order comprise the entire agreement between the dealer and purchaser, and no other agreement or understanding has been made or entered into.

Purchaser's Signature

N/A
Co-Purchaser's Signature

Authorized Dealer Representative

**Dealer Installed Accessories**
**OTHER FEES: (SEE LINE 9)**
| INSPECTION FEE | 35.00 |
|---|---|
| STATE REG | 130.00 |

| 1. Total Price | | $ | 53888.00 |
|---|---|---|---|
| 2. Discount | $ | N/A | |
| 3. Trade-in Allowance | $ | 18500.00 | |
| 4. Rebate(s) | $ | N/A | |
| | $ | | |
| 5. Trade Difference (line 1 minus lines 2, 3 & 4) | | $ | 35388.00 |
| 6. Documentary Preparation | | $ | 459.00 |
| 7. Title Preparation | | $ | 5.00 |
| 8. *Mass. Sales Tax (6.25% of lines 5, 6 & 7) | | $ | 2230.44 |
| 9. Other (SEE ABOVE) | | $ | 165.00 |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8 & 9) | | $ | 38082.44 |
| 11. Balance Due on Trade-In | | $ | 14500.00 |
| 12. Subtotal (Total of lines 10 & 11) | | $ | 52582.44 |
| 13. Deposit | | | 2000.00 |
| 14. Amount to be Financed | | | 50582.44 |
| 15. Cash Due on Delivery | | | N/A |
| 16. TOTAL PAYMENT (Total of lines 13, 14 &15) (line 16 must equal line 12) | | $ | 52582.44 |

Customer Initials _____   Co-Customer Initials N/A   Page 1 of 2
FORM NO. MSADA-102-7714_e Rev. 2/14   © 2014 The Reynolds and Reynolds Company   THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
50604*1*12-FI

CONFIDENTIAL

HC00000012

**MOTOR VEHICLE
PURCHASE CONTRACT**

Herb Chambers BMW in Boston
1168 Commonwealth Avenue
Boston, MA 02134
**(617) 731-1700**
http://www.herbchambers.com

FOR CONSUMER
USE ONLY

| DATE | ORDER No. | | STOCK No. | SALESPERSON | DMS EMPLOYEE # |
|---|---|---|---|---|---|
| 08/02/2022 | | | 42030 | Badis Boussetta | 145884 |

| PURCHASER'S NAME(S) | | EMAIL | STREET ADDRESS |
|---|---|---|---|
| Elizabeth M Coleman | | ███@gmail.com | |

| CITY/STATE/ZIP | CELL PHONE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| LONGMEADOW MA 01106-1307 | (413) ███ | (413) ███ | |

| ENTER MY ORDER FOR [QUANTITY] | NEW ✓ USED ☐ | FORMER USE (if applicable) | ☐ DEMONSTRATOR ☐ FORMER LEASED CAR | ☐ POLICE CAR ☐ FORMER DAILY RENTAL | ☐ REBUILT INSURANCE TOTAL ☐ TAXI CAB |
|---|---|---|---|---|---|

| Year | Make | Model | Body Style/Type | Model No. | Transmission | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|
| 2022 | BMW | X3 | | | Standard ☐ Automatic ☐ (Speeds) | 4 | 5 | 4 |

| Vehicle Identification No. | Color 1st | | Interior 1st | | Top | Odometer | Approx. Delivery Date |
|---|---|---|---|---|---|---|---|
| 5UX53DP09N9N35047 | 2nd | BLACK | 2nd | BLACK | | mi. ☐ km. ✓  25 | |
| | 3rd | | 3rd | | | | |

| TRADE-IN | Year | Make | |
|---|---|---|---|
| Model | | Type | Color |
| V.I.N. | | | |
| Odometer | | (mi. ☐  km. ☐) | |
| Transmission ☐ Standard (Speeds)____ ☐ Auto | | | |
| No of Cyl. | Pass. | | Doors |
| Salvage Title | Yes ☐ | No ☐ | |
| PREVIOUS OWNER | | | |

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of this warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

| City/State/Zip | |
|---|---|
| LIENHOLDER | |
| Address | |
| City/State/Zip | |
| Acct. No. | Check No. |
| Balance Due | |
| Additional Information - Vehicle Purchased | |
| LIENHOLDER | |
| Address | |
| City/State/Zip | |
| INSURANCE CO. | |
| Agent/Branch | |
| Address/City | |

**REGISTRATION FEE/TITLE FEE
SALES TAX**

| | |
|---|---|
| Application for Title ☐ | |
| Application for Reg ☐ New ☐ Transfer | |
| Registration No. | |
| Registration Fee | |
| Title Fee | |
| Mass. Sales Tax | $3,399.00 |

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [          ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER
Purchaser's Initials [          ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other:_____
(3) Other:_____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

_Purchaser Signature_

_Co-Purchaser Signature_

Approved Authorized Dealer Representative

| Price of Unit | | $54,920.00 |
|---|---|---|
| Additional Equipment/Items | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Dealer Installed Accessories | | |
| | | |
| | | |
| | | |
| | | |
| 1. Total Price | | $54,920.00 |
| 2. Discount | $1,000.00 | |
| 3. Trade-In Allowance | | |
| 4. Rebate | | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4) | | $53,920.00 |
| 6. Documentary Preparation | | $459.00 |
| 7. Title Preparation | | $5.00 |
| 8. *Mass Sales Tax ( 6.250 % of line 5, 6 & 7) | | $3,399.00 |
| 9. Other | | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | | $57,783.00 |
| 11. Balance Due on Trade-In | | |
| 12. Subtotal (Total of lines 10 & 11) | | $57,783.00 |
| 13. Deposit | | |
| 14. Amount to be Financed | $57,950.50 | |
| 15. Cash Due on Delivery | -$167.50 | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | | $57,783.00 |

| 3141: ErtId: 3777965 / EvtId: 12423154 | Generated by DealerSocket® | 8/2/2022 3:35:53 PM |
|---|---|---|

CONFIDENTIAL

HC00000013

# MOTOR VEHICLE PURCHASE CONTRACT

**Herb Chambers BMW of Boston**
1168 Commonwealth Avenue
Boston, MA 02134
(617) 731-1700
http://www.herbchambers.com

FOR CONSUMER USE ONLY

| DATE | ORDER No. | STOCK NO. | | SALESPERSON | | DMS EMPLOYEE # |
|---|---|---|---|---|---|---|
| 06/28/2022 | | | | Badis Boussetta | | 145884 |

| PURCHASER'S NAME(S) | | EMAIL | | STREET ADDRESS | |
|---|---|---|---|---|---|
| Elizabeth M Coleman | | | | | |

| CITY/STATE/ZIP | CELL PHONE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| LONGMEADOW MA 01106-1307 | (413) | (413) | (413) |

ENTER MY ORDER FOR [ ] (QUANTITY)  NEW ✓  USED  
FORMER USE (if applicable)  
DEMONSTRATOR  FORMER LEASED CAR  
POLICE CAR  FORMER DAILY RENTAL  
REBUILT INSURANCE TOTAL  TAXI CAB

| Year | Make | Model | Body Style/Type | Model No. | Transmission | Cyl. | Pass | Doors |
|---|---|---|---|---|---|---|---|---|
| 2022 | BMW | | | | Standard ✓  Automatic (Speeds) | | | |

| Vehicle Identification No. | Color 1st | BLACK S | Interior 1st | Black | Top | Odometer | Approx. Delivery Date |
|---|---|---|---|---|---|---|---|
| ORDER | 2nd | | 2nd | | | mi. ✓ km. | Aug 2023 |
| | 3rd | | 3rd | | | | |

**TRADE-IN**  Year 2015  Make BMW
Model 5 Series 528i xDrive Type   Color
V.I.N. WBA5A7C67FG143477
Odometer 52,689  mi. km.
Transmission Standard (Speeds)   Auto
No of Cyl.   Pass.   Doors
Salvage Title  Yes  No
PREVIOUS OWNER

City/State/Zip
LIENHOLDER
Address
City/State/Zip
Acct. No.   Check No.
Balance Due
Additional Information - Vehicle Purchased
LIENHOLDER
Address
City/State/Zip
INSURANCE CO.
Agent/Branch
Address/City

**WARRANTY INFORMATION**
This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

REGISTRATION FEE/TITLE FEE/SALES TAX

Application for Title
Application for Reg   New  Transfer
Registration No.
Registration Fee
Title Fee
Mass. Sales Tax   $584.82

Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of _____ may, at your option, be retained by you to compensate you in whole or in part for any losses sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [       ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER
Purchaser's Initials [       ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into.

Purchaser Signature
Co-Purchaser Signature
Approved Authorized Dealer Representative

3141: EntId: 3777966 / EvtId: 12423154

| Employer ID No. | | |
|---|---|---|
| Email Address | @gmail.com | |
| Price of Unit | | $53,520.00 |
| Additional Equipment/Items | | |
| 36 months lease | | |
| 10k miles a year | | |
| $8750 Down | | |
| $645/month | | |
| including all taxes and fees | | |
| | | |
| | | |
| | | |
| Dealer Installed Accessories | | |
| | | |
| | | |
| | | |
| 1. Total Price | | |
| 2. Discount | | $1,197.99 |
| 3. Trade-In Allowance | | |
| | | $750.00 |
| 4. Rebate | | |
| 5. Trade Difference (line 1 minus lines 2, 3, & 4 | | |
| 6. Documentary Preparation | | $459.00 |
| 7. Title Preparation | | $5.00 |
| 8. *Mass. Sales Tax ( 6.250 % of line 5, 6 & 7) | | $584.82 |
| 9. Other | | |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8, & 9) | | |
| 11. Balance Due on Trade-In | | |
| 12. Subtotal (Total of lines 10 & 11) | | |
| 13. Deposit | | |
| 14. Amount to be Financed | $55,764.95 | |
| 15. Cash Due on Delivery | | |
| 16. TOTAL PAYMENT (line 16 must equal line 12) (Total of lines 13, 14, & 15) | | |

Generated by DealerSocket®

6/28/2022 3:21:25 PM

CONFIDENTIAL

HC00000014

**MOTOR VEHICLE PURCHASE CONTRACT 94992**

DEALER (YOUR) HERB CHAMBERS 1172, INC
1168 COMMONWEALTH AVENUE
BOSTON, MA 02134

FOR CONSUMER USE ONLY
CUST #136651
DEAL #322690

| DATE Sep 08, 2022 | ORDER NO. | STOCK NO. 42030 | SALESPERSON BADIS BOUSETTA |
|---|---|---|---|

PURCHASER'S NAME(S) ("I" or "Me")
**ELIZABETH MARY COLEMAN**

STREET ADDRESS

CITY/STATE/ZIP **LONGMEADOW MA 01106-1307**

HOME PHONE 413/

BUSINESS PHONE 413/

| ENTER MY ORDER FOR (QUANTITY) | ONE | NEW ☒ USED ☐ | FORMER USE (IF APPLICABLE) | DEMONSTRATOR ☐ FORMER LEASED CAR ☐ | POLICE CAR ☐ FORMER DAILY RENTAL ☐ | REBUILT INSURANCE TOTAL ☐ TAXICAB ☐ |
|---|---|---|---|---|---|---|

| Year 2022 | Make BMW | Model Name X3 30I | Body Style/Type UT | Model No. 22XD | Transmission Standard ☐ Automatic ☐ | (Speeds) | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Identification No. 5UX53DP09N9N35047 | Color 1st 2nd BLACK 3rd | Interior 1st 2nd 3rd KHSW | Top | Odometer mi. ☒ km. ☐ 55 | Approx. Delivery Date 09/08/2022 |
|---|---|---|---|---|---|

**TRADE IN**

| Year 2015 | Make BMW |
|---|---|
| Model | Type SD | Color |
| V.I.N. WBA5A7C57FG143477 | |
| Odometer 53528 | (mi. ☒ /km. ☐) |
| Transmission ☐ Standard (Speeds) ___ ☐ Auto |
| No. of Cyl. | Pass. | Doors. |
| Salvage Title | Yes ☐ No ☒ |

**PREVIOUS OWNER**

City/State/Zip

LIENHOLDER **PIONEER VALLEY CREDIT**
Address
City/State/Zip
Acct. No. | Check No.
Balance Due $ **14500.00**

Additional Information-Vehicle Purchased

LIENHOLDER **PIONEER VALLEY FEDERAL CREDIT UNION**
Address **246 BROOKDALE DR**
City/State/Zip **SPRINGFIELD MA 01104**
INSURANCE CO. **GEICO**
Agent/Branch **GEICO**
Address/City

**WARRANTY INFORMATION**

This vehicle carries an express warranty. Purchaser may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

| E-mail Address @gmail.com | |
|---|---|
| Price of Unit | $ 53723.00 |

| | N/A |
|---|---|

REGISTRATION FEE/TITLE FEE SALES TAX

| Additional Equipment/Items | N/A |
|---|---|
| | N/A |
| | N/A |

| Application for Title ☐ | | N/A |
|---|---|---|
| Application for Reg. ☐ New ☐ Transfer | | N/A |
| Registration No. | | N/A |
| Registration Fee | $ 130.00 | N/A |
| Title Fee | $ N/A | N/A |
| Mass. Sales Tax | $ 2230.44 | N/A |

*Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

| | N/A |
|---|---|
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $ **2000.00** may, at your option, be retained by you to compensate you in whole or in part for any loss sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [          ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.

Purchaser's Initials [          ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: _____
(3) Other: _____

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

Both pages of this order comprise the entire agreement between the dealer and purchaser, and no other agreement or understanding has been made or entered into.

Purchaser's Signature N/A

Co-Purchaser's Signature

Authorized Dealer Representative

| **Dealer Installed Accessories** | | |
|---|---|---|
| OTHER FEES: (SEE LINE 9) | | |
| INSPECTION FEE | | 35.00 |
| STATE REG | | 130.00 |

| 1. Total Price | | $ 53888.00 |
|---|---|---|
| 2. Discount | $ N/A | |
| 3. Trade-In Allowance | $ 18500.00 | |
| 4. Rebate(s) | $ N/A | |
| | $ | |
| 5. Trade Difference (line 1 minus lines 2, 3 & 4) | | $ 35388.00 |
| 6. Documentary Preparation | | $ 459.00 |
| 7. Title Preparation | | $ 5 00 |
| 8. *Mass. Sales Tax (6.25% of lines 5, 6 & 7) | | $ 2230.44 |
| 9. Other (SEE ABOVE) | | $ 165.00 |
| 10. TOTAL CONTRACT PRICE (Total of lines 5, 6, 7, 8 & 9) | | $ 38082.44 |
| 11. Balance Due on Trade-In | | $ 14500.00 |
| 12. Subtotal (Total of lines 10 & 11) | | $ 52582.44 |
| 13. Deposit | | 2000.00 |
| 14. Amount to be Financed | | 50582.44 |
| 15. Cash Due on Delivery | | N/A |
| 16. TOTAL PAYMENT (Total of lines 13, 14 & 15) (line 16 must equal line 12) | | $ 52582.44 |

Customer Initials _____   Co-Customer Initials _____  N/A   Page 1 of 2
FORM NO. MSADA-102-7714_e Rev. 2/14    ©2014 The Reynolds and Reynolds Company    THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
50604*1*12-FI

CONFIDENTIAL

HC00000015



# HERB CHAMBERS BMW MINI OF BOSTON

**1168 COMMONWEALTH AVENUE**
**BOSTON, MA 02134**
**(617) 731-3700   FAX (617) 731-1555**
**www.herbchambers.com**

ESTIMATED COMMISSION PAID

**INVOICE**

SOLD TO  **ELIZABETH MARY COLEMAN**    41090

ADDRESS  **LONGMEADOW  MA  01106-1307**

DATE   **09/10/2022**      SEP -- 2022

**DEAL: 322690**

| YEAR | NEW OR USED | MAKE | COLOR | MODEL | INVOICE | STOCK NO. | CUST. NO. | USED STK. NO. | SOURCE |
|------|------|------|-------|-------|---------|-----------|-----------|---------------|--------|
| 2022 | NEW | BMW | BLACK | X3 30I | | 42030 | 136651 | BB42030A | |

VIN  **5UX53DP09N9N35047**     KEY NOS.

| SALESMANS NUMBER | 145884 | MODEL NUMBER | 22XD |

### INSURANCE COVERAGE INCLUDES

☐ FIRE & THEFT          ☐ PUBLIC LIABILITY - AMT. $
☐ COLLISION - AMT. DED. $   ☐ PROPERTY DAMAGE - AMT. $

### OPTIONAL EQUIPMENT AND ACCESSORIES

| GROUP | DESCRIPTION | PRICE |
|-------|-------------|-------|
| 23200 | | 90 |
| | 52,210. 00 | 140 |
| 23100 | | 278 |
| | 298. 00 | |

**CASH**

POSTED SEP 2 2 2022 ACCOUNTING

AWP: 2157. 00

| DESCRIPTION | ACCT. NO. | SALE | K | COST |
|-------------|-----------|------|---|------|
| NEW INV. CUC | @ | | - | |
| BMW | | 53723.00 | - | |
| | | | - | |
| | 51718 | | - | |
| | | | - | |
| | | | - | |
| SALES TAX | | 2230.44 | - | |
| DMV FEES | | 165.00 | - | |
| TITLE PREP FEE | | 5.00 | | |
| DOC FEE | | 459.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | - | |
| | | | - | |
| TOTAL CASH PRICE | | 56582.44 | | |
| FINANCING | | | | |
| INSURANCE | | | | |
| TOTAL TIME PRICE | | 56582.44 | | |
| DEPOSIT | | | + | |
| CASH ON DELIVERY | | 2000.00 | + | |
| | | | + | |

### DESCRIPTION OF TRADE-IN

| YEAR | MAKE | BODY COLOR | MODEL |
|------|------|------------|-------|
| 2015 | BMW | ; 528XI | |

VIN  **WBA5A7C57FG143477**

BLACK

-1295
200

**BOUSETTA, BADIS**

| TRADE-IN ALLOWANCE | | 4000.00 |
| PAYMENTS | | |
| MONTHS   DOLLARS | | 50582.44 |
| 50582.44 PER MONTH | | |
| TOTAL | | 56582.44 |
| CASH | | 50582.44 + |
| PIONEER VALLEY CREDIT | | 14500.00 + |
| | | + |
| DEPOSIT | 13005 2000.00 | + |
| | | + |
| DEPOSIT | 13005 36,072.44 | + |
| | | + |
| | | - |
| VALUE OF TRADE-IN(S) | : | BB42030A  18500.00 + |
| | : | 16,500.00 + 23400 |

-600.00

**CUSTOMER COPY**

CONFIDENTIAL



# HERB CHAMBERS BMW MINI OF BOSTON

**1168 COMMONWEALTH AVENUE**
**BOSTON, MA 02134**
**(617) 731-1700    FAX (617) 731-1555**
**www.herbchambers.com**

**INVOICE**

SOLD TO   ELIZABETH MARY COLEMAN

ADDRESS   LONGMEADOW MA 01106-1307        DATE   09/10/2022        DEAL: 322690

| YEAR | NEW OR USED | MAKE | COLOR | MODEL | INVOICE | STOCK NO. | CUST. NO. | USED STK. NO. | SOURCE |
|------|-------------|------|-------|-------|---------|-----------|-----------|---------------|--------|
| 2022 | NEW | BMW | BLACK | X3 30I | | 42030 | 136651 | BB42030A | |

VIN  5UX53DP09N9N35047        KEY NOS.        SALESMAN'S NUMBER  145884        MODEL NUMBER  22XD

| INSURANCE COVERAGE INCLUDES | | DESCRIPTION | ACCT. NO. | SALE | K | COST |
|---|---|---|---|---|---|---|
| ☐ FIRE & THEFT | ☐ PUBLIC LIABILITY - AMT. $ | NEW INV. CUC | @ | | - | |
| ☐ COLLISION - AMT. DED. $ | ☐ PROPERTY DAMAGE - AMT. $ | BMW | | 53723.00 | - | |

**OPTIONAL EQUIPMENT AND ACCESSORIES**

| GROUP | DESCRIPTION | PRICE | DESCRIPTION | | SALE | K | COST |
|-------|-------------|-------|-------------|---|------|---|------|
| | | | | | | - | |
| | | | | | | - | |
| | | | | | | - | |
| | | | SALES TAX | | 2230.44 | - | |
| | | | DMV FEES | | 165.00 | - | |
| | | | TITLE PREP FEE | | 5.00 | - | |
| | | | DOC FEE | | 459.00 | - | |
| | | | | | | - | |
| | | | | | | - | |
| | | | | | | - | |
| | | | | | | - | |
| | | | | | | - | |
| | | | | | | - | |
| CASH | | | | | | - | |
| | | | TOTAL CASH PRICE | | 56582.44 | | |
| | | | FINANCING | | | | |
| | | | INSURANCE | | | | |
| | | | TOTAL TIME PRICE | | 56582.44 | | |
| | | | DEPOSIT | | | + | |
| | | | CASH ON DELIVERY | | 2000.00 | + | |
| | | | | | | + | |

**DESCRIPTION OF TRADE-IN**

| | | | | TRADE IN ALLOWANCE | | 4000.00 | |
|---|---|---|---|---|---|---|---|
| YEAR | MAKE | BODY COLOR | MODEL | MONTHS   DOLLARS PAYMENTS | | | |
| 2015 | BMW | | 528XI | 50582.44 PER MONTH | | 50582.44 | |
| VIN   WBA5A7C57FG143477 | | | | TOTAL | | 56582.44 | |
| | BLACK | | | | | | - |
| | | | | CASH | | 50582.44 | + |
| | | | | PIONEER VALLEY CREDIT | | 14500.00 | + |
| | | | | | | | + |
| | | | | | | | + |
| | | | | | | | + |
| | | | | | | | + |
| | | | | | | | + |
| | | | | | | | + |
| | | | | | | | - |
| BOUSETTA, BADIS | | | | VALUE OF TRADE-IN(S) | : | BB42030A  18500.00 | + |
| | | | | | : | | + |

**CUSTOMER COPY**

ESTIMATED COMMISSION PAID

SEP -- 2022

09/20/2022 02:56:15 PM   Page 1

**HERB CHAMBERS 1172, INC**   **Deal Recap: 322690**   Contract Date:09/10/2022

| | |
|---|---|
| Customer Number: 136651 | |
| Customer Name: COLEMAN,ELIZABETH MARY | Home Phone: |
| Address: | Work Phone: |
| LONGMEADOW,MA 01106-1307 | Main Email: mail.com |
| Opt Out Selling PII: NO | |
| Delete PII: NO | |

| | | |
|---|---|---|
| Stock# Year/Make/Model: 42030 2022 BMW X3 30I | VIN: 5UX53DP09N9N35047 | |
| Days In Stock: 37 | Mileage: 55 | |
| Trade1# Year/Make/Model: B842030A 15 BMW 528XI | VIN: WBA5A7C57FG143477 | |
| Lien Holder/Payoff Amount: PIONEER VALLEY CREDIT  14500.00 | | |
| Finance Institution: CASH | Deal Type/Reserve Method: Cash 0 | |
| Payments: 14505.00 | | |
| Total Cash Down: 38,077.44 | Amount Financed: 14,505.00 | |
| 1st Payment Date: 09/10/2022 | Sell/Buy/Spread: 0.00 0.00 0.00 | |

**Gross Profit Analysis**

| | | Sale | Cost | Dealer Gross |
|---|---|---|---|---|
| Sale Vehicle | 42030 | 53,723.00 | 52,508.00 | 1,215.00 |
| Trade 1 (ACV/Allowance/Over-Under) | B842030A | 16,500.00 | 18,500.00 | -2,000.00 |
| | | | | |
| Cost Adjustments (Front) | PDI | | 275.00 | -275.00 |
| | MATS | | 140.00 | -140.00 |
| | CLEAN | | 90.00 | -90.00 |
| | | | | |
| We Owes (Front) | | | | |
| Fees (Front) | | | | |
| | | | | |
| Total Front Sales | | 70,223.00 | 71,513.00 | -1,290.00 |
| | | | | |
| Insurance | | | | |
| We Owes (Back) | | | | |
| Fees (Back) | | | | |
| | | | | |
| Cost Adjustments (Back) | | | | |
| | | | | |
| Total Back Sales | | | | |
| | | | | |
| We Owes (Dealer) | | | | |
| Fees (Dealer) | | | | |
| | | | | |
| Cost Adjustments (Dealer) | | | | |
| | | | | |
| Total Sales | | 70,223.00 | 71,513.00 | -1,290.00 |
| | | | | |
| Other Fees Charged in Deal: | DOC FEE | 459.00 | | |
| | REGISTRATION FEE | 130.00 | | |
| | TITLE PREP | 5.00 | | |
| | INSPECTION FEE | 35.00 | | |
| | | | | |
| Taxes Charged in Deal: | MA TAX | 3,386.69 | | |
| | TRADE TAX CREDIT | 1,156.25 | | |

CDK Drive   © 2022 CDK Global, LLC. All rights reserved.

CONFIDENTIAL   HC00000018

09/20/2022 02:56:15 PM

**COMMISSIONS:**

| Role | Empl No | Name | Comm. Plan | Credit% | Split% | Base Comm. | Spiff | Total Comm. |
|------|---------|------|-----------|---------|--------|-----------|-------|-------------|
| SP1 | 145884 | BOUSETTA,BADIS | | 100 | | 200.00 | . | 200.00 |
| SM | 4028 | 4028 | | 100 | | .00 | | .00 |
| FI | 999FI | HOUSE FI | | 100 | | .00 | | .00 |
| Total | | | | | | | | 200.00 |

**Summary**

| | | | |
|---|---|---|---|
| Total Dealer Gross Profit: | -1,290.00 | Commission Vehicle Gross (Commission Basis): | -1,290.00 |
| Total Deal Commissions: | 200.00 | Commission Gross (as defined by formula): | -1,290.00 |
| Dealer Net Gross Profit: | -1,490.00 | Commission Pack: | |
| | | Holdback: | |
| | | Total Cost Adjustments: | 505.00 |

CDK Drive

© 2022 CDK Global, LLC. All rights reserved.



**Herb Chambers BMW**
**Herb Chambers MINI**
1168 Commonwealth Avenue
Boston, MA 02134  .       .
617-731-1700
*www.herbchambers.com*

PAGE    1 OF    1

86818

| AMOUNT | PAID BY | COMMENT |
|---|---|---|
| 2,000.00 | MC/VS | KJ BB DEPOSIT |
| | | PRE ORDER |

TOTAL RECEIVED:    $2,000.00

ELIZABETH M COLEMAN

DATE-TIME: 28JUN2022 17:52
CASHIER: KEYSHIA
LOCATION:

LONGMEADOW        MA    01106-1307

CASH DRAWER:

136651

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|---|---|---|---|---|---|---|
| 12 | 56 | 12 | 20103 | 2,000.00 | 86818 | |
| | | 12 | 21000 | -2,000.00 | 136651 | |

Copyright 2000 ADP, Inc.

**FILE COPY**

CONFIDENTIAL

HC00000020

THIS DOCUMENT HAS A TRUE WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

## OFFICIAL CHECK

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476 MINNEAPOLIS, MN 55480
DRAWEE: BOKF, NA EUFAULA OK

49-55
1031

No. [REDACTED]

**PioneerValley**
CREDIT UNION

2118

097402 / M.7228644-D

DATE 09/09/22

\*\*\* THIRTY-SIX THOUSAND SEVENTY-SEVEN DOLLARS AND 44 \*\*\*
\*\*\* CENTS \*\*\*

$36,077.44

PAY  EXACTLY☞ 36,077 Dollars 44 Cents

DRAWER: Pioneer Valley Federal Credit Union

TO THE
ORDER
OF

HERB CHAMBERS 1172, INC
RE: ELIZABETH COLEMAN
2022 BMW X3 30I
VIN: 5UX53DP09N9N35047

AUTHORIZED SIGNATURE

CONFIDENTIAL

HC00000021



**Herb Chambers BMW**
**Herb Chambers MINI**
1168 Commonwealth Avenue
Boston, MA 02134  , •  ,
617-731-1700
*www.herbchambers.com*

PAGE    1 OF    1

88107

```
          AMOUNT      PAID BY    COMMENT
          36,077.44   CHECK      BANK CHECK JC SD CASH
```

TOTAL RECEIVED:    $36,077.44

```
ELIZABETH MARY COLEMAN
3▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
LONGMEADOW        MA    01106-1307

136651
```

DATE-TIME: 10SEP2022 15:15
CASHIER: ALONDRA
LOCATION:
CASH DRAWER:

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|----|---------|--------|---------|----------|
| 12 | 56 | 12 | 20103 | 36,077.44 | 88107 | |
| | | 12 | 21000 | -36,077.44 | 136651 | |

FILE COPY

CONFIDENTIAL

HC00000022

**Herb Chambers BMW**

**Herb Chambers MINI**

1168 Commonwealth Avenue
Boston, MA 02134
617-731-1700
*www.herbchambers.com*

PAGE    1 OF    1

86818

| AMOUNT | PAID BY | COMMENT |
|--------|---------|---------|
| 2,000.00 | MC/VS | KJ BB DEPOSIT |
| | | PRE ORDER |

ELIZABETH M COLEMAN

LONGMEADOW        MA    01106-1307

136651

TOTAL RECEIVED:     $2,000.00

DATE-TIME: 28JUN2022 17:52
CASHIER: KEYSHIA
LOCATION:
CASH DRAWER:

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|----|---------|--------|---------|----------|
| 12 | 56 | 12 | 20103 | 2,000.00 | 86818 | |
| | | 12 | 21000 | -2,000.00 | 136651 | |

**FILE COPY**

copyright 2000 ADP, Inc.

CONFIDENTIAL

HC00000023