# EXHIBIT K

Message

| | |
|---|---|
| **From:** | Melissa Steffy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4C381BA1327542E7A8CB137016EFEF8E-MELISSA STE] |
| **Sent:** | 9/7/2022 7:16:25 PM |
| **To:** | Elizabeth Coleman [█████████████████] |
| **Subject:** | RE: Actually it was 2 pulls |

Good evening,

Will you send me your cell phone again?  I've been texting/calling the wrong number.  I'm so sorry about this.  Please find out what needs to be done to amend this.

Melissa

---

**From:** Elizabeth Coleman ‹█████████████████›
**Sent:** Wednesday, September 7, 2022 6:58 PM
**To:** Melissa Steffy <MSteffy@herbchambers.com>
**Subject:** Fwd: Actually it was 2 pulls

For context- this is the day I found out about the hard pulls.

Elizabeth
Sent from my iPhone

Begin forwarded message:

**From:** Elizabeth Coleman <█████████████████>
**Date:** August 17, 2022 at 6:32:06 PM EDT
**To:** sdesroches@herbchambers.com
**Subject: Actually it was 2 pulls**

Hello Sam,

Actually it was 2 pulls one from BMW and one from Herb Chambers?  My score dropped 22 points.  I want an explanation as to why my file was not updated. I have numerous communications regarding obtaining finance through my credit union.  I apologize to you in advance but now I am infuriated.

CONFIDENTIAL