# EXHIBIT L

```
From: LoanProcessing [LoanProcessing@pvcu.org]
To:   '                        [EMC.PRE@GMAIL.COM]
Bcc: Amanda McIntyre [Amanda@pvcu.org]
Subject: Pioneer Valley Federal Credit Union
Sent: Mon 8/1/2022 11:47 AM GMT-07:00
Importance: High
```

Hello Elizabeth,

Your Auto Loan with Pioneer Valley Federal Credit Union, is in review with our underwriting team, reviewing process may take 1-3 days.

Your payroll interest rate will be 1.90% APR (35 months term), or 2.90% APR (83 months term) . You will be charged interest on funds borrowed. To repay the line, a minimum payment will be automatically deducted from your direct deposit.

We will be able to review your application if you can, please provide your income verification.

Information needed:

* Last paystub
* Insurance binder
* Purchase order
* Copy of title (front & back)
* RTA form, with our lien holder information:

Pioneer Valley Federal Credit Union

Lien code: C01889

246 Brookdale Drive

Springfield, MA   01104-3210